```
 1  HARVEY SISKIND LLP
    D. PETER HARVEY (SBN 55712)
 2  e-mail: pharvey@harveysiskind.com
    SETH I. APPEL (SBN 233421)
 3  e-mail: sappel@harveysiskind.com
    Four Embarcadero Center, 39th Floor
 4  San Francisco, California 94111
 5  Telephone: (415) 354-0100
    Facsimile: (415) 391-7124
 6
 7  Attorneys for Defendants and Counterclaimants
    SEOK KI KIM and STV ASIA, LTD.
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK NEMIROFSKY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SEOK KI KIM; STV ASIA, LTD., a British Virgin Islands corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants.<br><br>SEOK KI KIM and STV ASIA, LTD., a British Virgin Islands corporation,<br><br>　　　　　　Counterclaimants,<br><br>　　v.<br><br>FRANK NEMIROFSKY,<br><br>　　　　　　Counterdefendant. | Case No.: C 07 2769 JL<br><br>**EX PARTE APPLICATION FOR ORDER VACATING OR MODIFYING TEMPORARY PROTECTIVE ORDERS** |

1   Defendants/Counterclaimants Seok Ki Kim and STV Asia, Ltd. ("Defendants") hereby apply ex parte for an order vacating or modifying temporary protective orders issued by the California Superior Court on May 16, 2007. The California Code of Civil Procedure provides: "Upon ex parte application of the defendant or, if the court so orders, after a noticed hearing, the court may modify or vacate the temporary protective order if it determines that such action would be in the interest of justice and equity to the parties . . . ." Cal. Code Civ. Proc. §486.100.

This application is based on Defendants' Notice of Motion and Motion, the memorandum of points and authorities in support thereof, the declarations of Seok Ki Kim and D. Peter Harvey and any exhibits attached to same, the pleadings on file in this action, and any further evidence or argument that the Court may properly receive.

Dated: May 31, 2007

Respectfully submitted,

HARVEY SISKIND LLP

By: _____
         Seth I. Appel

Attorneys for Defendants and Counterclaimants
SEOK KI KIM and STV ASIA, LTD.