HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
e-mail: pharvey@harveysiskind.com
SETH I. APPEL (SBN 233421)
e-mail: sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Defendants and Counterclaimants
SEOK KI KIM and STV ASIA, LTD.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK NEMIROFSKY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SEOK KI KIM; STV ASIA, LTD., a British Virgin Islands corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No.: C 07 2769 JL<br><br>**NOTICE OF MOTION AND MOTION TO VACATE OR MODIFY TEMPORARY PROTECTIVE ORDERS** |
| SEOK KI KIM and STV ASIA, LTD., a British Virgin Islands corporation,<br><br>　　　　　Counterclaimants,<br><br>v.<br><br>FRANK NEMIROFSKY,<br><br>　　　　　Counterdefendant. | |

-1-
NOTICE OF MOTION AND MOTION TO VACATE OR MODIFY TEMPORARY PROTECTIVE ORDERS
Case No.: C 07 2769 JL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that as soon as the matter may be heard in the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, Defendants/Counterclaimants Seok Ki Kim and STV Asia, Ltd. ("Defendants") will, and do hereby, move the Court to vacate or modify the temporary protective orders issued by the California Superior Court on May 16, 2007. Plaintiff/Counterdefendant Frank Nemirofsky ("Plaintiff") is unlikely to prevail on any of his relevant causes of action and, at any rate, he cannot establish great or irreparable injury. Furthermore, Plaintiff himself has conceded, in papers filed with the Court and otherwise, that he is not entitled to even half the amount covered by the temporary protective orders.

In addition, Defendants will request that the Court require Plaintiff to file an undertaking, as California law provides that a temporary protective order may not issue until an undertaking is filed.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declarations of Seok Ki Kim, D. Peter Harvey, and Seth I. Appel and any exhibits attached to same, the pleadings on file in this action, and any further evidence or argument that the Court may properly receive at or before the hearing.

Dated: May 31, 2007

Respectfully submitted,

HARVEY SISKIND LLP

By: _____
Seth I. Appel

Attorneys for Defendants and Counterclaimants
SEOK KI KIM and STV ASIA, LTD.