```
 1  HARVEY SISKIND LLP
    D. PETER HARVEY (SBN 55712)
 2  e-mail: pharvey@harveysiskind.com
    SETH I. APPEL (SBN 233421)
 3  e-mail: sappel@harveysiskind.com
    Four Embarcadero Center, 39th Floor
 4  San Francisco, California 94111
    Telephone: (415) 354-0100
 5  Facsimile: (415) 391-7124
 6
 7  Attorneys for Defendants and Counterclaimants
    SEOK KI KIM and STV ASIA, LTD.
 8
 9
                   IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN FRANCISCO DIVISION
12
```

| | |
|---|---|
| FRANK NEMIROFSKY,<br><br>    Plaintiff,<br><br>v.<br><br>SEOK KI KIM; STV ASIA, LTD., a British Virgin Islands corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants.<br><br>SEOK KI KIM and STV ASIA, LTD., a British Virgin Islands corporation,<br><br>    Counterclaimants,<br><br>v.<br><br>FRANK NEMIROFSKY,<br><br>    Counterdefendant. | Case No.: C 07 2769 JL<br><br>**REDACTED**<br>DECLARATION OF SEOK KI KIM IN SUPPORT OF EX PARTE APPLICATION FOR ORDER VACATING OR MODIFYING TEMPORARY PROTECTIVE ORDERS |

I, Seok Ki Kim, declare as follows:

1. I am a defendant and counterclaimant in this action. I have personal knowledge of the matters stated herein, and, if called as a witness, I could and would testify competently thereto.

2. I am the founder and owner of STV Asia, Ltd. ("STV"). I have invested over $12.5 million in STV. Frank Nemirofsky has never had any ownership interest in STV.

3. On March 2, 2006, STV filed a lawsuit for patent infringement in the United States District Court for the Northern District of California (Case No. C 06 1664 JCS) against PRN Corporation ("PRN") and other entities that were involved in the infringement. Mr. Nemirofsky assisted STV in connection with this litigation. In return for his assistance, Mr. Nemirofsky and I agreed that he would receive 15% of STV's net proceeds (that is, total proceeds less costs, attorney's fees, and other expenses), if any, derived from judgment or settlement of the claims asserted in Case No. C 06 1664 JCS. This agreement has never been modified. Mr. Nemirofsky's performance under the agreement was unsatisfactory. He was often unavailable to me, unresponsive and uncooperative. On more than one occasion, I communicated my dissatisfaction with his performance to him.

4.

**REDACTED**

5. STV's costs, attorney's fees, and other expenses incurred in Case No. C 06 1664 JCS totaled $684,995.

6.

**REDACTED**

-2-
DECLARATION OF SEOK KI KIM IN SUPPORT OF EX PARTE APPLICATION
FOR ORDER VACATING OR MODIFYING TEMPORARY PROTECTIVE ORDERS
Case No.: C 07 2769 JL

7.  On May 16, 2007, Mr. Nemirofsky filed a Complaint against me and STV in the San Francisco Superior Court (Case No. CGC 07-463428) based on the incorrect premise that he is entitled to **REDACTED**

This Complaint is attached hereto as Exhibit B.

8.  Upon information and belief, attached hereto as collective Exhibit C are true and correct copies of ex parte applications for a right to attach order against me and STV, filed by Mr. Nemirofsky on May 16, 2007. Upon information and belief, attached hereto as Exhibit D is a true and correct copy of Mr. Nemirofsky's memorandum of points and authorities, and supporting declarations, concerning his ex parte applications. Upon information and belief, attached hereto as Exhibit E is a true and correct copy of temporary protective orders (TPOs) based on Mr. Nemirofsky's ex parte applications. These were filed on May 16. The following day, I received an email from Mr. Nemirofsky, a true and correct copy of which is attached as Exhibit F. Mr. Nemirofsky suggested that I meet with him and his counsel and "immediately settle the matter."

9.  I did not agree to the terms of the proposal contained in Mr. Nemirofsky's April 14, 2007, email attached to his Declaration as Exhibit 2. At no time before these proceedings have I ever seen a copy of Mr. Nemirofsky's handwritten memo, purportedly dated April 23, 2007, attached to his Declaration as Exhibit 3. In fact, Mr. Nemirofsky met me at the San Francisco airport around 8:00 p.m. on May 3, 2007, and implored me to raise his share of the settlement from 15% to between 25% and 30%. I rejected his request.

10. SSD has informed me that it cannot transfer any money to me or to STV out of the funds it is holding in its client trust account as a result of the TPOs.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 1ST day of June, 2007, in Hong Kong.



Seok Ki Kim

-3-
DECLARATION OF SEOK KI KIM IN SUPPORT OF EX PARTE APPLICATION
FOR ORDER VACATING OR MODIFYING TEMPORARY PROTECTIVE ORDERS
Case No.: C 07 2769 JL