```
 1  HARVEY SISKIND LLP
    D. PETER HARVEY (SBN 55712)
 2  e-mail: pharvey@harveysiskind.com
    SETH I. APPEL (SBN 233421)
 3  e-mail: sappel@harveysiskind.com
    Four Embarcadero Center, 39th Floor
 4  San Francisco, California 94111
 5  Telephone: (415) 354-0100
    Facsimile: (415) 391-7124
 6
 7  Attorneys for Defendants and Counterclaimants
    SEOK KI KIM and STV ASIA, LTD.
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK NEMIROFSKY,<br><br>       Plaintiff,<br><br>v.<br><br>SEOK KI KIM; STV ASIA, LTD., a British Virgin Islands corporation; and DOES 1 through 20, inclusive,<br><br>       Defendants. | Case No.: C 07 2769 JL<br><br>**DECLARATION OF D. PETER HARVEY IN SUPPORT OF EX PARTE APPLICATION FOR ORDER VACATING OR MODIFYING TEMPORARY PROTECTIVE ORDERS**<br><br>[EXHIBITS REDACTED] |
| SEOK KI KIM and STV ASIA, LTD., a British Virgin Islands corporation,<br><br>       Counterclaimants,<br><br>v.<br><br>FRANK NEMIROFSKY,<br><br>       Counterdefendant. | |

-1-
DECLARATION OF D. PETER HARVEY IN SUPPORT OF EX PARTE APPLICATION
FOR ORDER VACATING OR MODIFYING TEMPORARY PROTECTIVE ORDERS
Case No.: C 07 2769 JL

I, D. Peter Harvey, declare as follows:

1. I am a member of the law firm of Harvey Siskind LLP, counsel of record for Defendants/Counterclaimants Seok Ki Kim and STV Asia, Ltd. ("Defendants"). I have personal knowledge of the matters stated herein, and, if called as a witness, I could and would testify competently thereto.

2. On May 22, 2007, I received a letter from David W. Trotter, counsel for Plaintiff/Counterdefendant Frank Nemirofsky ("Plaintiff"). A true and correct copy of Mr. Trotter's letter is attached hereto as Exhibit A.

3. On May 25, 2007, we removed this matter to federal court and called Messrs. Trotter and Bowles and left them voice mail messages. On May 27, 2007, I emailed a letter to Mr. Trotter objecting to the excessive amount covered by Plaintiff's temporary protective orders (TPOs), asking that his client release all funds held by Squire, Sanders & Dempsey above the amount in dispute, and demanding that Plaintiff file an undertaking. A true and correct copy of this letter is attached hereto as Exhibit B. I requested that Plaintiff stipulate to amend the TPOs and file an undertaking in the amount of $500,000. Mr. Trotter called me on May 29, 2007, and told me he was not in a position to respond to my letter, but that he hoped to be able to call me back within 24 hours. I have not since heard anything from Mr. Trotter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 31st day of May, 2007, in San Francisco, California.

_____
D. Peter Harvey