1  HARVEY SISKIND LLP
   D. PETER HARVEY (SBN 55712)
2  e-mail: pharvey@harveysiskind.com
   SETH I. APPEL (SBN 233421)
3  e-mail: sappel@harveysiskind.com
   Four Embarcadero Center, 39th Floor
4  San Francisco, California  94111
5  Telephone: (415) 354-0100
   Facsimile: (415) 391-7124
6
7  Attorneys for Defendants and Counterclaimants
   SEOK KI KIM and STV ASIA, LTD.
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK NEMIROFSKY,<br><br>  Plaintiff,<br><br>v.<br><br>SEOK KI KIM; STV ASIA, LTD., a British Virgin Islands corporation; and DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No.: C 07 2769 JL<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO VACATE OR MODIFY TEMPORARY PROTECTIVE ORDERS |
| SEOK KI KIM and STV ASIA, LTD., a British Virgin Islands corporation,<br><br>  Counterclaimants,<br><br>v.<br><br>FRANK NEMIROFSKY,<br><br>  Counterdefendant. | |

The Motion TO Vacate or Modify Temporary Protective Orders of Defendants/Counterclaimants Seok Ki Kim and STV Asia, Ltd. came before this Court on June ___, 2007, at _____.

-1-

[PROPOSED] ORDER GRANTING MOTION TO VACATE OR MODIFY TEMPORARY PROTECTIVE ORDERS
Case No.: C 07 2769 JL

1     Satisfactory proof having been received and good cause appearing therefor:

2     IT IS HEREBY ORDERED that the temporary protective orders ("TPOs) issued by the San Francisco Superior Court on May 16, 2007 are vacated.

4     Plaintiff/Counterdefendant Frank Nemirofsky ("Plaintiff") is unlikely to prevail on any of his relevant causes of action. Moreover, Plaintiff cannot establish great or irreparable injury.

6     **IT IS SO ORDERED**.

7

DATED: _____

_____
Chief Magistrate Judge James Larson
United States District Court

-2-

[PROPOSED] ORDER GRANTING MOTION TO VACATE OR MODIFY TEMPORARY PROTECTIVE ORDERS
Case No.: C 07 2769 JL