## PROOF OF SERVICE

The undersigned declares: I am a resident of the United States and am employed in the City and County of San Francisco, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 4 Embarcadero Center, 39th Floor, San Francisco, CA 94111.

On the date stated below, I served the following documents:

- **EX PARTE APPLICATION FOR ORDER VACATING OR MODIFYING TEMPORARY RESTRAINING ORDERS**
- **NOTICE OF MOTION AND MOTION TO VACATE OR MODIFY TEMPORARY PROTECTIVE ORDERS**
- **REDACTED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO VACATE OR MODIFY TEMPORARY PROTECTIVE ORDERS**
- **REDACTED DECLARATION OF SEOK KI KIM IN SUPPORT OF EX PARTE APPLICATION FOR ORDER VACATING OR MODIFYING TEMPORARY RESTRAINING ORDERS**
- **DECLARATION OF D. PETER HARVEY IN SUPPORT OF EX PARTE APPLICATION FOR ORDER VACATING OR MODIFYING TEMPORARY RESTRAINING ORDERS [EXHIBITS REDACTED]**
- **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO VACATE OR MODIFY TEMPORARY PROTECTIVE ORDERS**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

Richard Bowles, Esq.
David W. Trotter, Esq.
Bowles & Verna LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, CA 94596

   **X**     **MAIL:** I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

   ____    **FEDERAL EXPRESS – OVERNIGHT DELIVERY:** I caused such envelope to be deposited with the Federal Express Office prior to the cut-off time for next day delivery with a shipping label properly filled out with delivery to be made to the addressee designated.

   ____    **HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

|   |   |
|---|---|
| 1 | ___ |
| 2 |   |
| 3 | X |
| 4 |   |
| 5 | ___ |
| 6 |   |

**VIA FAX:** The facsimile machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

**(FEDERAL):** I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

**(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 31, 2007 at San Francisco, California.

_____
Seth I. Appel