

Richard T. Bowles
Michael P. Verna
Robert I. Westerfield
Richard A. Ergo
K.P. Dean Harper
Mary P. Sullivan
Kenneth G. Jones
Charles S. Goldman
Kenneth B. McKenzie

David W. Trotter
Jason J. Granskog
Bradley R. Bowles
Lawrence D. Goldberg
William T. Nagle
Cathleen S. Huang
Brian D. Horwitz
Michael P. Connolly
Steven P. McFarlane
Veronica Ann O. Benigno

June 1, 2007

**VIA E-MAIL AND HAND DELIVERY**

The Hon. James Larson
United States Magistrate Judge
450 Golden Gate Avenue
Courtroom F, 15th Floor
San Francisco, California 94102

Attention: Mr. Wings Hom, Courtroom Deputy

Re:    Frank Nemirofsky v. S.K. Kim and STV Asia Ltd.
       (N. D. Cal. Case No. C-07-2769 JL)

Dear Judge Larson:

Our firm represents the plaintiff, Frank Nemirofsky, in the above-captioned action now pending before Your Honor. Defendants Seok Ki Kim and STV Asia Ltd. are represented by D. Peter Harvey and Seth I. Appel of Harvey Siskind LLP.

Last night at around 11:00 p.m., without any prior notice to my partner Richard Bowles or me, counsel for Defendants e-filed with the Court an Ex Parte Application for Order Vacating or Modifying Temporary Protective Orders. At the same time, counsel for Defendants also filed a Notice of Motion and Motion seeking the same relief.

The papers filed by counsel for Defendants do not specify any hearing date or time with respect to Ex Parte Application or the Motion.

Please be advised that plaintiff intends to file papers in opposition to Ex Parte Application and Motion. We respectfully request that the Court advise counsel of the date and time of any hearing on these matters, so that the date for filing of plaintiff's opposition papers may be appropriate calendared. Thank you.

Please do not hesitate to contact the undersigned should there be any questions.

Very truly yours,

David W. Trotter

cc:    D. Peter Harvey, Esq. – via e-mail
       Seth I. Appel, Esq. – via e-mail
       Richard T. Bowles, Esq.