1  HARVEY SISKIND LLP
   D. PETER HARVEY (SBN 55712)
2  e-mail: pharvey@harveysiskind.com
   SETH I. APPEL (SBN 233421)
3  e-mail: sappel@harveysiskind.com
   Four Embarcadero Center, 39th Floor
4  San Francisco, California 94111
5  Telephone: (415) 354-0100
   Facsimile: (415) 391-7124
6

7  Attorneys for Defendants and Counterclaimants
   SEOK KI KIM and STV ASIA, LTD.

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN FRANCISCO DIVISION
11

| | |
|---|---|
| FRANK NEMIROFSKY,<br><br>          Plaintiff,<br><br>v.<br><br>SEOK KI KIM; STV ASIA, LTD., a British Virgin Islands corporation; and DOES 1 through 20, inclusive,<br><br>          Defendants.<br><br>SEOK KI KIM and STV ASIA, LTD., a British Virgin Islands corporation,<br><br>          Counterclaimants,<br><br>v.<br><br>FRANK NEMIROFSKY,<br><br>          Counterdefendant. | Case No.: C 07 2769 JL<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO VACATE OR MODIFY TEMPORARY PROTECTIVE ORDERS, AND SUPPORTING DECLARATIONS AND EXHIBITS THERETO, UNDER SEAL |

     Seok Ki Kim and STV Asia, LTD. (collectively, "Defendants") have moved the Court for an order authorizing the filing of a portion of certain documents under seal, pursuant to Local Rules 7-11 and 79-5.

-2-

1  Satisfactory proof having been received and good cause appearing therefore:

2  IT IS HEREBY ORDERED that portions of the following documents be filed under seal, and that only the redacted version of these documents be available to the public: (1) Defendants' Memorandum of Points and Authorities in Support of their Motion to Vacate or Modify Temporary Protective Orders; (2) Declaration of Seok Ki Kim in Support of Ex Parte Application for Order Vacating or Modifying Temporary Protective Orders, and Exhibits A and D thereto; and (3) Exhibits A and B to the Declaration of D. Peter Harvey in Support of Ex Parte Application for Order Vacating or Modifying Temporary Protective Orders.

These documents include certain terms of a confidential agreement, which should be shielded from the public.

DATED: _____

_____
United States District Court Judge