1  Jonathan M. Cohen (SBN: 168207)
   Robyn T. Callahan (SBN: 225472)
2  WINSTON & STRAWN LLP
   101 California Street
3  San Francisco, CA 94111-5894
   Telephone:   415-591-1000
4  Facsimile:    415-591-1400
   Email: jcohen@winston.com
5  rcallahan@winston.com

6  Attorneys for Plaintiff
   FRANK NEMIROFSKY
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 | FRANK NEMIROFSKY                           )  Case No. 3:07-CV-02769 - JL
                                                )
13 |        Plaintiff,                          )  NOTICE OF SUBSTITUTION OF
                                                )  ATTORNEY
14 |   vs.                                      )
                                                )
15 | Seok Ki Kim; STV ASIA, LTD. a British      )
     Virgin Islands corporation; and DOES 1     )
16 | through 20, inclusive,                     )
                                                )
17 |        Defendants.                         )
                                                )
18

19         PLEASE TAKE NOTICE that Plaintiff FRANK NEMIROFSKY hereby substitutes Winston

20 & Strawn LLP in place of Bowles & Verna LLP as its counsel of record in the above-captioned

21 action. The contact information for new counsel is as follows:

22 / / /

23 / / /

24

25

26

27

28

                                    1
                    NOTICE OF SUBSTITUTION OF ATTORNEY

1 | Jonathan M. Cohen (SBN: 168207); Email: jcohen@winston.com
2 | Robyn T. Callahan (SBN: 225472); Email: rcallahan@winston.com
3 | WINSTON & STRAWN LLP
4 | 101 California Street
5 | San Francisco, CA 94111-5894
6 | Telephone:   415-591-1000
7 | Facsimile:    415-591-1400

Dated:   June 4, 2007

WINSTON & STRAWN LLP

By: _____
Jonathan M. Cohen
Robyn T. Callahan
WINSTON & STRAWN LLP
Attorneys for Plaintiff
FRANK NEMIROFSKY

*Seen and Agreed*:

_____
FRANK NEMIROFSKY

NOTICE OF SUBSTITUTION OF ATTORNEY

**PROOF OF SERVICE**

I, F. Gail Pitt, hereby declare:

I am over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Winston & Strawn LLP and my business address is 101 California Street, 40th Floor, San Francisco, California 94111. I declare that I am employed in the office of a member of the bar of this court whose direction the service was made. On the date stated below, I served a true copy of:

**PLAINTIFF FRANK NEMIROFSKY'S NOTICE OF SUBSTITUTION OF COUNSEL**

( )　By mail, by placing said document(s) in an envelope addressed as shown below. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on the date stated below to the addressee stated below, following the firm's ordinary business practices.

(X)　By facsimile transmission to the individual and facsimile number set forth below. I caused the document(s) to be transmitted by facsimile machine to the addresses listed below at the facsimile number listed below. I am readily familiar with my firm's practice for transmissions by facsimile. Said transmissions are sent as soon as possible and are repeated, if necessary, until they are reported as complete and without error. In sending the above described document by facsimile, I followed the firm's ordinary business practices

( )　by overnight delivery by enclosing a true and correct copy of said document(s) in a Federal Express envelope(s) addressed as set forth below. The envelope(s) was (were) sealed and deposited with Federal Express that same day in the ordinary course of business at San Francisco, California.

( )　by messenger by handing a copy of said document(s) to _____, for personal service by its agent to the person(s) at the address(es) set forth below.

( )　by personally delivering the document(s) to the person(s) at the address(es) set forth below.

| | |
|---|---|
| D. Peter Harvey | Attorneys for Defendants |
| Seth Isaac Appel | Seok Ki Kim and |
| HARVEY SISKIND LLP | STV Asia, Ltd. |
| 4 Embarcadero Center, 39th Floor | |
| Telephone: 415-354-0100 | |
| Facsimile: 415-391-7124 | |

     I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on June 4, 2007.

*E. Gail Pitt*