UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK NEMIROFSKY,<br><br>       Plaintiff,<br><br>   v.<br><br>SEOK KI KIM; STV ASIA, LTD, ET AL.,<br><br>       Defendants.<br>_____/ | No. C 07-2769  JL<br><br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION |

      The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Date: _____     _____
                                  Signature

                                  Counsel for _____

                                  _____

REQUEST                              1