UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK NEMIROFSKY, | No. C 07-2769 JL |
| Plaintiffs, | |
| v. | CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE |
| SEOK KI KIM; STV ASIA, LTD, | |
| Defendants. | |

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed before a United States District Judge. I understand that I am free to withhold consent to jurisdiction of this court and request reassignment to a district judge without adverse substantive consequences.

Date: June 8, 2007

_____
Signature

Counsel for Defendants

Seok Ki Kim
STV Asia, Ltd.

CONSENT                                    1

## PROOF OF SERVICE

The undersigned declares: I am a resident of the United States and am employed in the City and County of San Francisco, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 4 Embarcadero Center, 39th Floor, San Francisco, CA 94111.

On the date stated below, I served the following documents:

- **CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

Jonathan M. Cohen, Esq.
Winston & Strawn LLP
101 California Street
San Francisco, Ca 94111-5894

__X__    **MAIL:** I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

____    **FEDERAL EXPRESS – OVERNIGHT DELIVERY:** I caused such envelope to be deposited with the Federal Express Office prior to the cut-off time for next day delivery with a shipping label properly filled out with delivery to be made to the addressee designated.

____    **HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

____    **VIA FAX:** The facsimile machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

__X__    **(FEDERAL):** I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

____    **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 8, 2007 at San Francisco, California.

Theresa L. Bolyard