# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK NEMIROFSKY, <br><br> Plaintiff, <br><br> v. <br><br> SEOK KI KIM; STV ASIA, LTD., <br><br> Defendants. | Case No. C 07-2769 JL <br><br> **CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment and voluntarily waives the right to proceed before a United States District Judge. I understand that I am free to withhold consent to jurisdiction of this Court and request reassignment to a district judge without adverse substantive consequences.

Dated: June 12, 2007

WINSTON & STRAWN LLP

By: _____
Jonathan M. Cohen 168207
Robyn T. Callahan 225472
Attorneys for Plaintiff
FRANK NEMIROFSKY