HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
e-mail: pharvey@harveysiskind.com
SETH I. APPEL (SBN 233421)
e-mail: sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Defendants and Counterclaimants
SEOK KI KIM and STV ASIA, LTD.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FRANK NEMIROFSKY,<br><br>    Plaintiff,<br><br>  v.<br><br>SEOK KI KIM; STV ASIA, LTD., a British Virgin Islands corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants.<br><br>SEOK KI KIM and STV ASIA, LTD., a British Virgin Islands corporation,<br><br>    Counterclaimants,<br><br>  v.<br><br>FRANK NEMIROFSKY,<br><br>    Counterdefendant. | **Case No.: C 07 2769 JL**<br><br>**NOTICE OF HEARING RE MOTION TO VACATE OR MODIFY TEMPORARY PROTECTIVE ORDERS**<br><br>Date: July 25, 2007<br>Time: 9:30 a.m.<br>Courtroom F, 15th Floor<br><br>**Chief Magistrate Judge James Larson** |

-1-
NOTICE OF HEARING RE MOTION TO VACATE OR MODIFY TEMPORARY PROTECTIVE ORDERS
Case No.: C 07 2769 JL

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that the Court has set the ex parte motion of
3  Defendants/Counterclaimants Seok Ki Kim and STV Asia, Ltd. ("Defendants") to vacate or modify
4  temporary protective orders for hearing on Wednesday, July 25, 2007, at 9:30 a.m., in Courtroom F
5  of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California.

6  Defendants' motion is based on their previously filed Notice of Motion and Motion, their
7  previously filed Memorandum of Points and Authorities, the previously filed Declarations of Seok Ki
8  Kim, D. Peter Harvey, and Seth I. Appel and any exhibits attached thereto, the pleadings on file in
9  this action, and any further evidence or argument that the Court may properly receive at or before the
10 hearing.

12 Dated:  June 19, 2007                    Respectfully submitted,

13                                          HARVEY SISKIND LLP

15                                          By:_____/s/_____
                                                         Seth I. Appel

17                                          Attorneys for Defendants and Counterclaimants
                                            SEOK KI KIM and STV ASIA, LTD.

-2-
NOTICE OF HEARING RE MOTION TO VACATE OR MODIFY TEMPORARY PROTECTIVE ORDERS
Case No.: C 07 2769 JL