Jonathan M. Cohen (SBN: 168207)
Martin Sabelli (SBN: 164772)
Robyn T. Callahan (SBN: 225472)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400
Email: jcohen@winston.com
rcallahan@winston.com

Attorneys for Plaintiff
FRANK NEMIROFSKY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK NEMIROFSKY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SEOK KI KIM; STV ASIA, LTD. a British Virgin Islands corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 3:07-CV-02769 – JL<br>Hon. Magistrate James Larson<br><br>**[PROPOSED] ORDER SEALING DOCUMENTS** |

Having reviewed Plaintiff Nemirofsky's Motion for Miscellaneous Administrative Relief to File Certain Documents in support of Plaintiff's *Ex Parte* Motion to Extend the Temporary Protective Order under seal, the Court rules as follows:

IT IS HEREBY ORDERED:

Plaintiff Nemirofsky has established that certain information filed by Nemirofsky in this action is sealable. Accordingly, Exhibits A, D, E, H and I of the Declaration of Frank R. Nemirofsky in Support of Plaintiff's *Ex Parte* Motion which reference and contain that information, as well as the related portions of the Nemirofsky Declaration and Plaintiff's *Ex Parte* Motion to Extend the Temporary Protective Order SHALL BE SEALED.

Dated: _____     _____

HON. MAGISTRATE JAMES LARSON

SF:175719.1