| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| 2 | D. PETER HARVEY (SBN 55712)<br>e-mail: pharvey@harveysiskind.com |
| 3 | SETH I. APPEL (SBN 233421)<br>e-mail: sappel@harveysiskind.com |
| 4 | Four Embarcadero Center, 39th Floor<br>San Francisco, California 94111 |
| 5 | Telephone: (415) 354-0100<br>Facsimile: (415) 391-7124 |

Attorneys for Defendants and Counterclaimants
SEOK KI KIM and STV ASIA, LTD.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK NEMIROFSKY,<br><br>        Plaintiff,<br><br>v.<br><br>SEOK KI KIM; STV ASIA, LTD., a British Virgin Islands corporation; and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No.: C 07 2769 JL<br><br>**ADMINISTRATIVE MOTION TO FILE OPPOSITION TO PLAINTIFF'S *EX PARTE* MOTION TO EXTEND THE TEMPORARY PROTECTIVE ORDER UNDER SEAL** |
| SEOK KI KIM and STV ASIA, LTD., a British Virgin Islands corporation,<br><br>        Counterclaimants,<br><br>v.<br><br>FRANK NEMIROFSKY,<br><br>        Counterdefendant. | |

      Defendants/Counterclaimants Seok Ki Kim and STV Asia, LTD. (collectively, "Defendants") hereby move the Court for an order authorizing the filing of a portion of Defendants' Opposition to Plaintiff's *Ex Parte* Motion to Extend the Temporary Protective Order under seal pursuant to Local Rules 7-11 and 79-5.

1  The basis of this motion is that this opposition includes information that is subject to a
2  confidential agreement.

## ADMINISTRATIVE MOTION

4  On March 2, 2006, Defendant/Counterclaimant STV Asia, Ltd. ("STV") entered into an
5  agreement with PRN Corporation ("PRN"). The agreement provides: "The parties agree that the
6  terms of this Agreement will be treated as confidential and maintained in confidence and will not be
7  disclosed to any other person…." The agreement permits disclosure under certain limited
8  circumstances that are not applicable here.

9  Certain terms of the STV-PRN agreement are relevant to this dispute and are mentioned in
10 Defendants' Opposition to Plaintiff's *Ex Parte* Motion to Extend the Temporary Protective Order. In
11 order to comply with STV's obligations under the STV-PRN agreement, Defendants respectfully
12 request that the Court permit the filing of a portion of their opposition under seal.[1]

## CONCLUSION

14 For the reasons noted above, the Court should issue an order authorizing the filing of a portion of
15 Defendants' opposition under seal.

17 Dated: June 25, 2007             Respectfully submitted,

18                                 HARVEY SISKIND LLP

19                                 By: _____/s/_____
20                                         Seth I. Appel

21                                 Attorneys for Defendants and Counterclaimants
22                                 SEOK KI KIM and STV ASIA, LTD.

---

[1] The confidential portions of these documents are highlighted, in accordance with Local Rule 79-5(c).

-2-