| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| 2 | D. PETER HARVEY (SBN 55712) |
|   | e-mail: pharvey@harveysiskind.com |
| 3 | SETH I. APPEL (SBN 233421) |
|   | e-mail: sappel@harveysiskind.com |
| 4 | Four Embarcadero Center, 39th Floor |
|   | San Francisco, California 94111 |
| 5 | Telephone: (415) 354-0100 |
|   | Facsimile: (415) 391-7124 |

Attorneys for Defendants and Counterclaimants
SEOK KI KIM and STV ASIA, LTD.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK NEMIROFSKY,<br><br>                    Plaintiff,<br><br>        v.<br><br>SEOK KI KIM; STV ASIA, LTD., a British Virgin Islands corporation; and DOES 1 through 20, inclusive,<br><br>                    Defendants. | Case No.: C 07 2769 JL<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE OPPOSITION TO PLAINTIFF'S *EX PARTE* MOTION TO EXTEND THE TEMPORARY PROTECTIVE ORDER UNDER SEAL |
| SEOK KI KIM and STV ASIA, LTD., a British Virgin Islands corporation,<br><br>                    Counterclaimants,<br><br>        v.<br><br>FRANK NEMIROFSKY,<br><br>                    Counterdefendant. | |

Seok Ki Kim and STV Asia, LTD. (collectively, "Defendants") have moved the Court for an order authorizing the filing of a portion of Defendants' Opposition to Plaintiff's *Ex Parte* Motion to Extend the Temporary Protective Order under seal.

-1-

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION           Case No.: C 07 2769 JL
TO FILE OPPOSITION UNDER SEAL

-2-

1   Good cause appearing therefore, it is hereby ordered that Defendants' motion is granted, and that
2   only the redacted version of Defendants' opposition be available to the public
3
4   DATED: _____
5                                                                  _____
                                                                   United States District Court Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION                                Case No.: C 07 2769 JL
TO FILE OPPOSITION UNDER SEAL