# Exhibit A
# to Declaration of Seok Ki Kim
# in Support of Defendants' Opposition
# to Plaintiff's *Ex Parte* Application
# Motion to Extend the
# Temporary Protective Order

# Case No. C 07-2769 JL

----- Original Message -----
From: S.K.Kim
To: Frank Nemirofsky
Cc: frank@mail.exphand.com ; Frank Nemirofsky
Sent: Thursday, January 18, 2007 3:21 PM
Subject: Fw: STV Asia Invoices

Dear Frank,

I am worried that you have become a black-hole. I've called you many times and sent you mails but you never answered nor responded. Pls let me know ASAP whether you're OK and capable of conducting what you committed to perform.

Looking forward to hearing from you soon,

SK

---

----- Original Message -----
From: S.K.Kim
To: Frank Nemirofsky
Sent: Monday, January 15, 2007 12:44 PM
Subject: Re: STV Asia Invoices

Dear Frank,

Does Kevin's mail below reflect (i) $17,500 reduction that you and Deborah agreed? (ii) 50% reduction on pre-engagement invoice that was also agreed?

Including the invoices below we're paying more than $1 million so far. Have we achieved for whatever we have paid? I am disappointed that KLNG has not even informed me of the progress. I need to talk with you. Pls let me know when is convenient for 20 minutes.

Best regards,

SK

----- Original Message -----
From: Trock, Kevin C.
To: frank@exphand.com ; drskkim3@netvigator.com

5/29/2007