# Exhibit B
# to Declaration of Seok Ki Kim
# in Support of Defendants' Opposition
# to Plaintiff's *Ex Parte* Application
# Motion to Extend the
# Temporary Protective Order

# Case No. C 07-2769 JL

----- Original Message -----
From: S.K.Kim
To: Frank Nemirofsky
Cc: Frank Nemirofsky
Sent: Friday, February 16, 2007 11:21 AM
Subject: Pls Call Me

Dear Frank,

I called you many times with no success. You also asked me to call you yesterday morning, when I called your office you were not reacheable.

SK