# Exhibit C
# to Declaration of Seok Ki Kim
# in Support of Defendants' Opposition
# to Plaintiff's *Ex Parte* Application
# Motion to Extend the
# Temporary Protective Order

# Case No. C 07-2769 JL

```
----- Original Message -----
>>
>> From: <skk@kimbaco.com>
>> Date: 2006/03/29 Wed PM 02:10:05 HKT
>> To: <frank@expHand.com>
>> Subject: Are you OK?
>>
>> Dear Frank,
>>
>> When we spoke before I got on the plane yesterday, you said you would
>> BOTH call and e-mail me re this morning's meeting.  I also sent you
>> an e-mail after reading Deborah's and Kevin's reports, asking your opinion.
>> I have not heard anything back from you.  Are you OK?  I am worried.
>> Take care...
>>
>> Regards,
>>
>> SK
>>
>>
>
>
```

1