# Exhibit A
# to Declaration of Seth I. Appel
# in Support of Defendants' Opposition
# to Plaintiff's *Ex Parte* Application
# Motion to Extend the
# Temporary Protective Order

# Case No. C 07-2769 JL

# Seth I. Appel

| | |
|---|---|
| **From:** | Cohen, Jonathan [JCohen@winston.com] |
| **Sent:** | Saturday, June 02, 2007 5:29 PM |
| **To:** | Seth I. Appel |
| **Cc:** | Callahan, Robyn |
| **Subject:** | Re: STV Asia Settlement Proceeds - Ex Parte/Settlement Proposal |

Thanks for your response. I look forward to hearing back from you after you connect with Dr. Kim.

On the issue of the counter-claim, I believe that a court's entry of an order after considering the papers effectively shields our client from any claim of abuse of process. We will set forth the grounds of why we are potentially allowed to attach more than 50%, in our opposition to your ex parte.

On the final point, I don't really see good cause to have this motion heard on an ex parte basis, especially when the TPO expires within the next three weeks. Regardless, we will file our opposition as early in the week as possible. I am sure that Magistrate Larson will allow us sufficient time to come up to speed and oppose your ex parte. Once we get a sense of Magistrate Larson's calendar then we can try to arrange a hearing this week or the following week depending on when and if he wants to hear the matter.

Please also let me know if your side is inclined to allow for early depositions. If your client is so sure about his position, hopefully we can get into the meat of the case quickly and see if it can be resolved.

Thanks!

Jon

----- Original Message -----
From: Seth I. Appel <SAppel@harveysiskind.com>
To: Cohen, Jonathan
Cc: Peter Harvey <pharvey@harveysiskind.com>
Sent: Sat Jun 02 17:00:25 2007
Subject: RE: STV Asia Settlement Proceeds - Ex Parte/Settlement Proposal

Jon,

I look forward to working with you and your firm, as well. I will need to consider your offer, and discuss it with Dr. Kim, before responding. In the meantime, allow me to clarify two points.

First, I told Mr. Trotter we would be willing to stipulate to a hearing on June 8 (that is, next Friday), not July 8. If Friday doesn't work for you, we would be willing to stipluate to another day this week. Any such stipulation, of course, would be subject to the Court's approval.

Second, we have already filed our counterclaim for abuse of process. In light of your assertion that our claim is verging on frivolous, I invite you to explain to me why Mr. Nerimofsky believes he is entitled to $4.38 million. (As you know, his own papers make clear that he claims less than half that amount.)

Seth


Seth I. Appel

Harvey Siskind LLP

4 Embarcadero Center, 39th Floor

1