# HARVEY ▪ SISKIND LLP

June 25, 2007                                                    D. Peter Harvey

## VIA ELECTRONIC FILING AND HAND DELIVERY

The Honorable James Larson
Chief Magistrate Judge
450 Golden Gate Avenue
Court Room F, 15th Floor
San Francisco, CA 94102

     Re:    *Frank Nemirofsky v. Seok Ki Kim, et al.*
              Case No. C 07-2769 JL

Your Honor:

     We are concurrently filing Defendants' Opposition to the ex parte motion of Plaintiff Frank Nemirofsky to extend Temporary Protective Orders in this case. Should the Court desire to hear from counsel on this motion, we write to confirm that we will make ourselves promptly available on Defendants' behalf for such a hearing at the Court's convenience. In such an event, please feel free to contact any one of Seth Appel, Lawrence Siskind or me.

              Respectfully submitted,

              D. Peter Harvey

DPH:cl

cc: Dr. Seok Ki Kim