HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
e-mail: pharvey@harveysiskind.com
SETH I. APPEL (SBN 233421)
e-mail: sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Defendants and Counterclaimants
SEOK KI KIM and STV ASIA, LTD.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FRANK NEMIROFSKY,<br><br>        Plaintiff,<br><br>  v.<br><br>SEOK KI KIM; STV ASIA, LTD., a British Virgin Islands corporation; and DOES 1 through 20, inclusive,<br><br>        Defendants.<br><br>SEOK KI KIM and STV ASIA, LTD., a British Virgin Islands corporation,<br><br>        Counterclaimants,<br><br>  v.<br><br>FRANK NEMIROFSKY,<br><br>        Counterdefendant. | **Case No.: C 07 2769 JL**<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S *EX PARTE* MOTION TO EXTEND THE TEMPORARY PROTECTIVE ORDER** |

1 | Plaintiff and Counterdefendant Frank Nemirofsky ("Plaintiff") filed an *Ex Parte* Motion to
2 | Extend the Temporary Protective Order on Friday, June 22, 2007. Defendants and Counterclaimants
3 | Seok Ki Kim and STV Asia, Ltd. ("Defendants") filed an opposition on Monday, June 25, 2007.
4 | Good cause appearing therefor, it is hereby ordered that Plaintiff's motion is DENIED in full for
5 | the reasons stated in Defendants' opposition.
6 | **IT IS SO ORDERED**.

DATED: _____

_____
Chief Magistrate Judge James Larson
United States District Court

-1-

[PROPOSED] ORDER DENYING PLAINTIFF'S *EX PARTE* MOTION    Case No.: C 07 2769 JL
TO EXTEND THE TEMPORARY PROTECTIVE ORDER