1  Jonathan M. Cohen (SBN: 168207)
   Martin Sabelli (SBN: 164772)
2  Robyn T. Callahan (SBN: 225472)
   WINSTON & STRAWN LLP
3  101 California Street
   San Francisco, CA 94111-5894
4  Telephone:   415-591-1000
   Facsimile:   415-591-1400
5  Email: jcohen@winston.com
   rcallahan@winston.com
6
   Attorneys for Plaintiff
7  FRANK NEMIROFSKY

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12 | FRANK NEMIROFSKY,              | Case No. 3:07-CV-02769 – JL
                                    | Hon. Magistrate James Larson
13 |         Plaintiff,             |
14 |   vs.                          |
                                    | **PROOF OF SERVICE**
15 | SEOK KI KIM; STV ASIA, LTD. a British
   | Virgin Islands corporation; and DOES 1
16 | through 20, inclusive,
17 |         Defendants.

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 101 California Street, San Francisco, CA 94111-5894. On June 25, 2007, I served the within documents:

1. **UNREDACTED VERSION OF PLAINTIFF FRANK NEMIROFSKY'S *EX PARTE* MOTION TO EXTEND THE TEMPORARY PROTECTIVE ORDER;**

2. **UNREDACTED VERSION OF DECLARATION OF FRANK NEMIROFSKY IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION TO EXTEND THE TEMPORARY PROTECTIVE ORDER; AND**

3. **DECLARATION OF JONATHAN M. COHEN IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION TO EXTEND THE TEMPORARY PROTECTIVE ORDER**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at , addressed as set forth below.

☐ On June 25, 2007, I sent such document(s) from facsimile machine 415-591-1400. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine 415-591-1400 which confirms said transmission and receipt.

☒ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

> Harvey Siskind LLP
> D. Peter Harvey
> Seth I. Appel
> Four Embarcadero, 30th Floor
> San Francisco, CA  94111

☐ by causing the document(s) listed above to be delivered via overnight delivery (Federal Express) to the person(s) at the address(es) set forth below.

☐ by causing the document(s) listed above to be delivered via overnight delivery (United Parcel Service (UPS) to the person(s) at the address(es) set forth below.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on June 25, 2007, at San Francisco, California.

_____
Thelma A. Tannis

SF:176010.1

2
PROOF OF SERVICE, CASE NO. 3:07-CV-02769 JL