HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
e-mail: pharvey@harveysiskind.com
SETH I. APPEL (SBN 233421)
e-mail: sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Defendants and Counterclaimants,
SEOK KI KIM and STV ASIA, LTD.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

FRANK NEMIROFSKY,

Plaintiff,

v.

SEOK KI KIM; STV ASIA, LTD., a British Virgin Islands corporation; and DOES 1 through 20, inclusive,

Defendants.

SEOK KI KIM and STV ASIA, LTD., a British Virgin Islands corporation,

Counterclaimants,

v.

FRANK NEMIROFSKY,

Counterdefendant.

**Case No.: C 07-2769 JL**

**WITHDRAWAL OF MOTION TO VACATE OR MODIFY TEMPORARY PROTECTIVE ORDERS**

Hearing Date: July 25, 2007
Hearing Time: 9:30 a.m.
Hearing Location: Courtroom F, 15th Floor

Defendants/Counterclaimants Seok Ki Kim and STV Asia, Ltd. hereby withdraw, as moot, their Motion to Vacate or Modify Temporary Protective Orders filed May 31, 2007 and set for hearing on July 25, 2007.

Dated: June 27, 2007

Respectfully submitted,

HARVEY SISKIND LLP

By: /s/
D. Peter Harvey

Attorneys for Defendants and Counterclaimants, SEOK KI KIM and STV ASIA, LTD.

-1-

WITHDRAWAL OF MOTION TO VACATE OR MODIFY TEMPORARY PROTECTIVE ORDERS
Case No.: C 07-2769 JL