UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANK NEMIROFSKY,

    Plaintiff(s),　　　　　　　　　　No.C07-2769 JL

  v.　　　　　　　　　　　　　　　　**NOTICE**

SEOK KI KIM,

    Defendant(s).
_____/

    The above entitled case is hereby set for hearing plaintiff's motion to extend the temporary protective order on July 25, 2007 @ 9:30 a.m. in Courtroom F before Chief Magistrate Judge James Larson.

Dated: June 28, 2007

_____
Wings Hom Courtroom Deputy to
Chief United States Magistrate Judge
James Larson