Jonathan M. Cohen (SBN: 168207)
Martin Sabelli (SBN 164772)
Robyn T. Callahan (SBN: 225472)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:    415-591-1400
Email: jcohen@winston.com
rcallahan@winston.com

Attorneys for Plaintiff
FRANK NEMIROFSKY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK NEMIROFSKY,<br><br>Plaintiff,<br><br>vs.<br><br>SEOK KI KIM; STV ASIA, LTD. a British Virgin Islands corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:07-CV-02769 – JL<br>Hon. Magistrate James Larson<br><br>DECLARATION OF ROBYN T. CALLAHAN IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS DFENDANTS' COUNTERCLAIM PURSUANT TO FRCP 12(b)(6) |

I, Robyn T. Callahan, declare as follows:

1. I am a duly licensed attorney at law, authorized to practice before the Courts of the State of California as well as the Federal District Court for the Northern District of California. I am an associate of the law firm Winston & Strawn LLP. I make this declaration in support of Plaintiff's Motion to Dismiss Defendants' Counterclaim Pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6). I have personal knowledge of the facts set forth herein and could and would competently testify thereto.

///

///

1
DECLARATION OF ROBYN T. CALLAHAN IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS
DFENDANTS' COUNTERCLAIM PURSUANT TO FRCP 12(b)(6)
Case No. 3:07-CV-02769 – JL

2. Attached hereto as Exhibit A is a true and correct copy of Defendants' Amended Counterclaim which was enclosed with Mr. Harvey's May 27, 2007 letter to Plaintiff's former counsel, David Trotter. Exhibit A is being submitted under seal.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 29th day of June 2007 at San Francisco, California.

_____
ROBYN T. CALLAHAN

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

2
DECLARATION OF ROBYN T. CALLAHAN IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS DFENDANTS' COUNTERCLAIM PURSUANT TO FRCP 12(b)(6)
Case No. 3:07-CV-02769 – JL
SF:176529.1

# EXHIBIT A

## to the Declaration of Robyn T. Callahan In Support of Plaintiff's Motion to Dismiss Defendants' Counterclaim

## FILED UNDER SEAL

## Case No. 3:07-CV-02769 JL