Jonathan M. Cohen (SBN: 168207)
Martin Sabelli (SBN: 164772)
Robyn T. Callahan (SBN: 225472)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:    415-591-1400
Email: jcohen@winston.com
rcallahan@winston.com

Attorneys for Plaintiff
FRANK NEMIROFSKY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK NEMIROFSKY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SEOK KI KIM; STV ASIA, LTD. a British Virgin Islands corporation; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 3:07-CV-02769 – JL<br>Hon. Magistrate James Larson<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM PURSUANT TO FRCP 12(b)(6)** |

Having reviewed Plaintiff's Motion to Dismiss Defendants' Counterclaim, the Court rules as follows:

IT IS HEREBY ORDERED:

Plaintiff has established that Defendants' Counterclaim for abuse of process fails to state a claim and should therefore be dismissed pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6). Further, the Court finds that Defendants will not be able to amend their counterclaim to sufficiently state a claim for abuse of process against Plaintiff.

Defendants' Counterclaim is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: _____        _____
                                        HON. MAGISTRATE JAMES LARSON