Jonathan M. Cohen (SBN: 168207)
Martin Sabelli (SBN: 164772)
Robyn T. Callahan (SBN: 225472)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: jcohen@winston.com
rcallahan@winston.com

Attorneys for Plaintiff
FRANK NEMIROFSKY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| FRANK NEMIROFSKY, | Case No. 3:07-CV-02769 – JL |
|---|---|
| Plaintiff, | Hon. Magistrate James Larson |
| vs. | [PROPOSED] ORDER SEALING DOCUMENTS |
| SEOK KI KIM; STV ASIA, LTD. a British Virgin Islands corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

1  Having reviewed Plaintiff Nemirofsky's Motion for Miscellaneous Administrative Relief to
2 File Certain Documents in support of Plaintiff's Motion to Dismiss Defendants' Counterclaim
3 Pursuant to FRCP 12(b)(6) under seal, the Court rules as follows:
4  IT IS HEREBY ORDERED:
5  Plaintiff Nemirofsky has established that certain information filed by Nemirofsky in this
6 action is sealable. Accordingly, Exhibit A to the Declaration of Robyn T. Callahan in Support of
7 Plaintiff's Motion to Dismiss Defendants' Counterclaim Pursuant to FRCP 12(b)(6), which contains
8 Defendants' Amended Counterclaim, SHALL BE SEALED.

Dated: _____     _____
                                    HON. MAGISTRATE JAMES LARSON