Jonathan M. Cohen (SBN: 168207)
Martin Sabelli (SBN: 164772)
Robyn T. Callahan (SBN: 225472)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email: jcohen@winston.com
rcallahan@winston.com

Attorneys for Plaintiff
FRANK NEMIROFSKY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| FRANK NEMIROFSKY, | Case No. 3:07-CV-02769 – JL |
| --- | --- |
| Plaintiff, | Hon. Magistrate James Larson |
| vs. | [PROPOSED] ORDER SEALING DOCUMENTS |
| SEOK KI KIM; STV ASIA, LTD. a British Virgin Islands corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

1

[PROPOSED] ORDER SEALING DOCUMENTS
CASE NO. 3:07-CV-02769 JL

Having reviewed Plaintiff Nemirofsky's Motion for Miscellaneous Administrative Relief to File Certain Documents in support of Plaintiff's Motion to Dismiss Defendants' Counterclaim Pursuant to FRCP 12(b)(6) under seal, the Court rules as follows:

IT IS HEREBY ORDERED:

Plaintiff Nemirofsky has established that certain information filed by Nemirofsky in this action is sealable. Accordingly, Exhibit A to the Declaration of Robyn T. Callahan in Support of Plaintiff's Motion to Dismiss Defendants' Counterclaim Pursuant to FRCP 12(b)(6), which contains Defendants' Amended Counterclaim, SHALL BE SEALED.

Dated: July 5, 2007

HON. MAGISTRATE JAMES LARSON