Jonathan M. Cohen (SBN: 168207)
Martin Sabelli (SBN: 164772)
Robyn T. Callahan (SBN: 225472)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400
Email: jcohen@winston.com
rcallahan@winston.com

Attorneys for Plaintiff
FRANK NEMIROFSKY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK NEMIROFSKY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SEOK KI KIM; STV ASIA, LTD. a British Virgin Islands corporation; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 3:07-CV-02769 – JL<br>Hon. Magistrate James Larson<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME REGARDING PLAINTIFF'S MOTION FOR LEAVE OF COURT FOR EARLY DISCOVERY |

1  Having reviewed Plaintiff's Ex Parte Application for an Order Shortening Time Regarding
2  Plaintiff's Motion for Leave of Court for Early Discovery, the Court rules as follows:
3  IT IS HEREBY ORDERED:
4  Plaintiff has established good cause for bringing his Motion for Leave of Court for Early
5  Discovery on an ex parte basis. Plaintiff's Ex Parte Application for an Order Shortening Time is
6  granted.
7  IT IS SO ORDERED.
8  Dated: _____          _____
9                                                    HON. MAGISTRATE JAMES LARSON

SF:177038.1

2
[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR OST RE: EARLY DISCOVERY
CASE NO. 3:07-CV-02769 JL