Jonathan M. Cohen (SBN: 168207)
Martin Sabelli (SBN: 164772)
Robyn T. Callahan (SBN: 225472)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email: jcohen@winston.com
rcallahan@winston.com

Attorneys for Plaintiff
FRANK NEMIROFSKY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| FRANK NEMIROFSKY, | Case No. 3:07-CV-02769 – JL |
|---|---|
| Plaintiff, | Hon. Magistrate James Larson |
| vs. | [PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR LEAVE OF COURT FOR EARLY DISCOVERY |
| SEOK KI KIM; STV ASIA, LTD. a British Virgin Islands corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR EARLY DISCOVERY
CASE NO. 3:07-CV-02769 JL

Having reviewed Plaintiff's Ex Parte Motion for Leave of Court for Early Discovery, the Court rules as follows:

IT IS HEREBY ORDERED:

Plaintiff has established good cause for conducting early discovery prior to the 26(f) conference. Plaintiff's Motion for Leave of Court for Early Discovery is granted. Plaintiff is permitted to take the depositions of Deborah Bailey-Wells, Jim Smith and Seok Ki Kim as soon as is practicable. Defendants are ordered to produce Seok Ki Kim for deposition in San Francisco prior to July 25, 2007.

IT IS SO ORDERED.

Dated: _____        _____

HON. MAGISTRATE JAMES LARSON

SF:177039.1