```
HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
e-mail:  pharvey@harveysiskind.com
SETH I. APPEL (SBN 233421)
e-mail:  sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California  94111
Telephone:  (415) 354-0100
Facsimile:  (415) 391-7124

Attorneys for Defendants and Counterclaimants
SEOK KI KIM and STV ASIA, LTD.
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK NEMIROFSKY,<br><br>    Plaintiff,<br><br>v.<br><br>SEOK KI KIM; STV ASIA, LTD., a British Virgin Islands corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants.<br>SEOK KI KIM and STV ASIA, LTD., a British Virgin Islands corporation,<br><br>    Counterclaimants,<br><br>v.<br><br>FRANK NEMIROFSKY,<br><br>    Counterdefendant. | Case No.:  C 07 2769 JL<br><br>**ADMINISTRATIVE MOTION TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE OF COURT FOR EARLY DISCOVERY UNDER SEAL** |

Defendants/Counterclaimants Seok Ki Kim and STV Asia, LTD. (collectively, "Defendants") hereby move the Court for an order authorizing the filing of a portion of their Opposition to

-1-

Plaintiff's *Ex Parte* Motion for Leave of Court for Early Discovery under seal pursuant to Local Rules 7-11 and 79-5.

The basis of this motion is that this opposition includes information that is subject to a confidential agreement. Plaintiff Frank Nemirofsky has agreed to the filing of portions of the opposition under seal. (Appel Decl. ¶3)

**ADMINISTRATIVE MOTION**

On March 2, 2006, Defendant/Counterclaimant STV Asia, Ltd. ("STV") entered into an agreement with PRN Corporation ("PRN"). The agreement provides: "The parties agree that the terms of this Agreement will be treated as confidential and maintained in confidence and will not be disclosed to any other person…." The agreement permits disclosure under certain limited circumstances that are not applicable here.

Certain terms of the STV-PRN agreement are relevant to this dispute and are mentioned in Defendants' Opposition to Plaintiff's *Ex Parte* Motion for Leave of Court for Early Discovery. In order to comply with STV's obligations under the STV-PRN agreement, Defendants respectfully request that the Court permit the filing of a portion of their opposition under seal.[1]

**CONCLUSION**

For the reasons noted above, the Court should issue an order authorizing the filing of a portion of Defendants' opposition under seal.

Dated: July 9, 2007             Respectfully submitted,

                                HARVEY SISKIND LLP

                                By: _____/s/_____
                                          Seth I. Appel

                                Attorneys for Defendants and Counterclaimants
                                SEOK KI KIM and STV ASIA, LTD.

---

[1] The confidential portions of this document are highlighted, in accordance with Local Rule 79-5(c).