| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| | D. PETER HARVEY (SBN 55712) |
| 2 | e-mail: pharvey@harveysiskind.com |
| | SETH I. APPEL (SBN 233421) |
| 3 | e-mail: sappel@harveysiskind.com |
| 4 | Four Embarcadero Center, 39th Floor |
| | San Francisco, California 94111 |
| 5 | Telephone: (415) 354-0100 |
| | Facsimile: (415) 391-7124 |
| 6 | |
| 7 | Attorneys for Defendants and Counterclaimants |
| | SEOK KI KIM and STV ASIA, LTD. |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FRANK NEMIROFSKY, | Case No.: C 07 2769 JL |
| Plaintiff, | [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE OF COURT FOR EARLY DISCOVERY UNDER SEAL |
| v. | |
| SEOK KI KIM; STV ASIA, LTD., a British Virgin Islands corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |
| SEOK KI KIM and STV ASIA, LTD., a British Virgin Islands corporation, | |
| Counterclaimants, | |
| v. | |
| FRANK NEMIROFSKY, | |
| Counterdefendant. | |

Seok Ki Kim and STV Asia, LTD. (collectively, "Defendants") have moved the Court for an order authorizing the filing of a portion of Defendants' Opposition to Plaintiff's *Ex Parte* Motion to for Leave of Court for Early Discovery under seal. Plaintiff Frank Nemirofsky has agreed to the filing of portions of this document under seal.

-1-

1  Good cause appearing therefore, it is hereby ordered that Defendants' motion is granted, and that
2  only the redacted version of Defendants' opposition be available to the public

3
4  DATED: _____

                                                   _____
5                                                  United States District Court Judge