HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
e-mail: pharvey@harveysiskind.com
SETH I. APPEL (SBN 233421)
e-mail: sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Defendants and Counterclaimants
SEOK KI KIM and STV ASIA, LTD.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FRANK NEMIROFSKY,<br><br>                Plaintiff,<br><br>    v.<br><br>SEOK KI KIM; STV ASIA, LTD., a British Virgin Islands corporation; and DOES 1 through 20, inclusive,<br><br>                Defendants.<br>SEOK KI KIM and STV ASIA, LTD., a British Virgin Islands corporation,<br><br>                Counterclaimants,<br><br>    v.<br><br>FRANK NEMIROFSKY,<br><br>                Counterdefendant. | **Case No.:  C 07 2769 JL**<br><br>**DECLARATION OF SETH I. APPEL IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE OF COURT FOR EARLY DISCOVERY UNDER SEAL** |

I, Seth I. Appel, declare:

      1.    I am an attorney at the law firm of Harvey Siskind LLP, counsel for Defendants/ Counterclaimants Seok Ki Kim and STV Asia, LTD. (collectively, "Defendants"). I have personal knowledge of the following facts, and could and would testify competently thereto if called upon to do so.

-1-

2. The *Ex Parte* Motion for Leave of Court for Early Discovery of Plaintiff/Counterclaimant Frank Nemirofsky ("Plaintiff") relates to an agreement between Defendant/Counterclaimant STV Asia, LTD. ("STV") and PRN Corporation. This agreement included the following provision: "The parties agree that the terms of this Agreement will be treated as confidential and maintained in confidence and will not be disclosed to any other person…." STV would be in violation of its obligations under the agreement if Defendants were to file their opposition to Plaintiff's motion without portions shielded from the public.

3. On July 9, 2007, I called Plaintiff's counsel, Robyn Callahan, to ask if she would agree to Defendants' filing of a portion of their opposition under seal. Ms. Callahan agreed.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed in San Francisco, California on July 9, 2007.

/s/
────────────────────────────
SETH I. APPEL