# HARVEY SISKIND LLP

Seth I. Appel

June 29, 2007

**VIA FACSIMILE TO (415) 591-1400**

Jonathan Cohen, Esq.
Winston & Strawn
101 California Street
San Francisco, CA 94111

      Re:    *Frank Nemirofsky v. Seok Ki Kim, et al.*
             N. D. Cal. Case No. C 07 2769 JL

Dear Jon:

    As you know, the temporary protective orders (TPOs), issued on May 16, 2007, expired earlier this week. Accordingly, we have withdrawn as moot our motion to vacate or modify the TPOs.

    For the same reason, we encourage you to withdraw your motion to extend the TPOs, and to take the hearing on this motion (which the court yesterday set for July 25) off-calendar.

                                      Sincerely,

                                      Seth I. Appel