HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
e-mail: pharvey@harveysiskind.com
SETH I. APPEL (SBN 233421)
e-mail: sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Defendants and Counterclaimants
SEOK KI KIM and STV ASIA, LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK NEMIROFSKY,<br><br>          Plaintiff,<br><br>v.<br><br>SEOK KI KIM; STV ASIA, LTD., a British Virgin Islands corporation; and DOES 1 through 20, inclusive,<br><br>          Defendants.<br><br>SEOK KI KIM and STV ASIA, LTD., a British Virgin Islands corporation,<br><br>          Counterclaimants,<br><br>v.<br><br>FRANK NEMIROFSKY,<br><br>          Counterdefendant. | Case No.: C 07 2769 JL<br><br>**DECLARATION OF SEOK KI KIM IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE OF COURT FOR EARLY DISCOVERY** |

-1-

KIM DECLARATION IN SUPPORT OF DEFENDANTS' OPPOSITION
TO PLAINTIFF'S *EX PARTE* MOTION RE EARLY DISCOVERY

Case No.: C 07- 2769 JL

I, Seok Ki Kim, declare as follows:

1. I am a defendant and counterclaimant in this action. I have personal knowledge of the matters stated herein, and, if called as a witness, I could and would testify competently thereto.

2. I am the founder and owner of STV Asia, Ltd. ("STV"). I am a South Korean citizen residing in Hong Kong.

3. On May 16, 2007, the San Francisco Superior Court issued Temporary Protective Orders (TPOs) pertaining to money held by Squire, Sanders & Dempsey ("Squire, Sanders"), STV's attorneys in its lawsuit against PRN Corporation. The TPOs expired by their terms "at the earliest of the following times: . . . (3) 40 days after the issuance of this order." Therefore, the TPOs expired on June 25, 2007, *i.e.*, 40 days after issuance.

4. Upon expiration of the TPOs, I instructed Squire, Sanders to wire the money held in its trust account that had been covered by the TPOs to an account held by STV. Squire, Sanders complied with this request. STV received the money on June 27, 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 9th day of July, 2007, in Hong Kong.

_____
Seok Ki Kim

-2-

KIM DECLARATION IN SUPPORT OF DEFENDANTS' OPPOSITION
TO PLAINTIFF'S *EX PARTE* MOTION RE EARLY DISCOVERY

Case No.: C 07- 2769 JL