HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
e-mail: pharvey@harveysiskind.com
SETH I. APPEL (SBN 233421)
e-mail: sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Defendants and Counterclaimants in Case No. C 07-2769 JL
SEOK KI KIM and STV ASIA, LTD.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STV ASIA LTD.,<br><br>            Plaintiff,<br><br>       v.<br><br>PRN CORPORATION, PREMIER RETAIL NETWORKS, INC., BEST BUY CO., INC., BEST BUY STORES L.P., CIRCUIT CITY STORES INC., CIRCUIT CITY STORES WEST COAST, INC., COSTCO WHOLESALE CORPORATION, WAKEFERN FOOD CORPORATION d/b/a SHOPRITE, and ALBERTSONS, LLC.,<br><br>            Defendants. | **Case No.: C 06-1664 JCS**<br><br>**Possible Related Case No.: C 07-2769 JL**<br><br>**[PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

    Seok Ki Kim and STV Asia, Ltd. have moved the Court to consider whether Case No. C 06-1664 JCS and Case No. C 07-2769 JL are related under Local Rule 3-12.

    Satisfactory proof having been received and good cause appearing therefor:

    IT IS HEREBY ORDERED that Case No. C 06-1664 JCS and Case No. C 07-2769 JL are not related, and that Case No. C 07-2769 can proceed before the Honorable James Larson.

DATED: _____

                                                      _____
                                                      United States District Court Judge