## CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Richard W. Wieking, Clerk

DATED: August 8, 2007        By: *Karen L. Hom*
                                 **Deputy Clerk**

## CERTIFICATE OF SERVICE

      I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED:** August 8, 2007      **By:** _Karen L. Hom_
          **Deputy Clerk**

Copies to:  Courtroom Deputies
          Case Systems Administrators
          Counsel of Record
Entered into Assignment Program: _____ (date)