## CIVIL MINUTES

**Chief Magistrate Judge James Larson**          FTR 10:39-10:52 (13 min)
Date: **September 19, 2007**

Case No: **C06-7052 JL**

Case Name: **Frank Nemirofsky v. Seok Kim., et al**

Plaintiff  Attorney(s):Martin Sabelli; Robyn Callahan
Defendant Attorney(s):Peter Harvey; Seth Appel
Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                          **RULING:**
1.
2.
3.
4.
[ X]  Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING: Counsel to contact Mr. H. Herman to discuss ADR process.**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:**10-31-07 @ 9:30 a.m. for hearing on privilege issues, early discovery, mo to dismiss. Simultaneous briefs to be filed w/in 2 weeks and 1 week thereafter for reply.

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at  , set for  days.
         [ ] Jury  [ ]  Court


Notes: Counsel to attempt to resolve w/in 1 week, privilege issues and scheduling depos of Bailey-Wells.



cc: Venice, Kathleen, ADR