Jonathan M. Cohen (SBN: 168207)
Martin Sabelli (SBN: 164772)
Robyn T. Callahan (SBN: 225472)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email: jcohen@winston.com
       rcallahan@winston.com

Attorneys for Plaintiff
FRANK NEMIROFSKY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK NEMIROFSKY,<br><br>    Plaintiff,<br><br>    v.<br><br>SEOK KI KIM; STV ASIA, LTD., a British Virgin Islands corporation,<br><br>    Defendants. | **Case No. 3:07 CV 02769 JL**<br><br>**PLAINTIFF/COUNTER DEFENDANT FRANK NEMIROFSKY'S REQUEST FOR JUDICIAL NOTICE REGARDING MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM PURSUANT TO FRCP 12(B)(6)**<br><br>Date: October 31, 2007<br>Time: 9:30 a.m.<br>Place: 450 Golden Gate Ave.<br>       Courtroom F, 15th Floor<br>       San Francisco |

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Evidence 201, Plaintiff and Counter-Defendant FRANK NEMIROFSKY, by and through his attorneys, hereby requests that this Court take judicial notice of the following:

- Temporary Protective Orders issued by San Francisco Superior Court Judge Bruce E. Chan on May 16, 2007.  A true and correct copy of these Orders are attached to Defendants' Counterclaim.

Rule 201(b) provides that judicial notice is appropriate when the facts are not subject to reasonable dispute in that [the facts] are: (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

As such, the Court should take judicial notice of San Francisco Superior Court Judge Chan's May 16, 2007 Order because it is a public record filed in a state action (*San Francisco Superior Court Case No. CGC-07-463428*) in accordance with Federal Rules of Evidence, Rule 201(b).

Dated: September 25, 2007                WINSTON & STRAWN LLP


By:      */s/*
         Jonathan M. Cohen
         Robyn T. Callahan
         Attorneys for Plaintiff
         FRANK NEMIROFSKY

SF:176628.2