1  Jonathan M. Cohen (SBN: 168207)
   Martin Sabelli (SBN: 164772)
2  Robyn T. Callahan (SBN: 225472)
   WINSTON & STRAWN LLP
3  101 California Street
   San Francisco, CA  94111-5894
4  Telephone:    415-591-1000
   Facsimile:    415-591-1400
5  Email: jcohen@winston.com
   rcallahan@winston.com
6
7  Attorneys for Plaintiff
   FRANK NEMIROFSKY
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| FRANK NEMIROFSKY, | Case No. 3:07-CV-02769 – JL |
| --- | --- |
| Plaintiff, | Hon. Magistrate James Larson |
| vs. | [PROPOSED] ORDER SEALING DOCUMENTS |
| SEOK KI KIM; STV ASIA, LTD. a British Virgin Islands corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

Having reviewed Plaintiff Nemirofsky's Motion for Miscellaneous Administrative Relief to File Certain Documents in support of Plaintiff's Motion to Dismiss Defendants' Counterclaim Pursuant to FRCP 12(b)(6) under seal, the Court rules as follows:

IT IS HEREBY ORDERED:

Plaintiff Nemirofsky has established that certain information filed by Nemirofsky in this action is sealable. Accordingly, Exhibit A to the Declaration of Robyn T. Callahan in Support of Plaintiff's Motion to Dismiss Defendants' Counterclaim Pursuant to FRCP 12(b)(6), which contains Defendants' Amended Counterclaim, SHALL BE SEALED.

Dated: _____    _____

HON. MAGISTRATE JAMES LARSON