ALTERNATIVE DISPUTE RESOLUTION PROGRAM
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

Writer's Direct Contact:
(415) 522-4205
Tim_Smagacz@cand.uscourts.gov

DATE:  September 28, 2007

TO:      Martin Sabelli
         Robyn Callahan
         Peter Harvey
         Seth Appel

FROM:    Timothy Smagacz
         ADR Program Administrative Assistant

RE:      ADR Phone Conference Scheduling Notice

NUMBER OF PAGES:   3

RE:      **C 07-2769 JL**
         **Nemirofsky v. Kim, et al.**

    I have Chief Magistrate Judge Larson's Minute Order dated 9/19/07 and I have scheduled the ADR Phone Conference call for **Thursday, October 4, 2007 at 10:30 a.m. Please take note that plaintiff's counsel initiates the call to all parties, then calls the ADR Office at (415) 522-4603**.

    Please contact me with any scheduling concerns at (415) 522-4205, or email tim_smagacz@cand.uscourts.gov.  Thank you for your attention to this matter.