# HARVEY ■ SISKIND LLP

September 28, 2007                                                                                               Seth I. Appel

**VIA ELECTRONIC FILING AND HAND DELIVERY**

The Honorable James Larson
Chief Magistrate Judge
450 Golden Gate Avenue
Court Room F, 15th Floor
San Francisco, CA 94102

    Re:   *Frank Nemirofsky v. Seok Ki Kim, et al.*
           Case No. C 07-2769 JL

Your Honor:

    In accordance with the Court's instructions at the September 19, 2007 case management conference, the parties have continued to meet and confer concerning the extent to which testimony of Deborah Bailey-Wells would be covered by the attorney-client privilege. Since the case management conference, the parties have exchanged letters and held a telephone conference on this subject. However, we have been unable to resolve our dispute.

    Per the Court's instructions, the parties plan to file briefs no later than next Wednesday, October 3, outlining their respective positions.

                                                             Respectfully submitted,

                                                            Seth I. Appel

cc:  D. Peter Harvey, Esq.
      Martin A. Sabelli, Esq.
      Robyn T. Callahan, Esq.