HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
e-mail: pharvey@harveysiskind.com
SETH I. APPEL (SBN 233421)
e-mail: sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Defendants and Counterclaimants
SEOK KI KIM and STV ASIA, LTD.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK NEMIROFSKY,<br><br>    Plaintiff,<br><br>v.<br><br>SEOK KI KIM; STV ASIA, LTD., a British Virgin Islands corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants.<br><br>SEOK KI KIM and STV ASIA, LTD., a British Virgin Islands corporation,<br><br>    Counterclaimants,<br><br>v.<br><br>FRANK NEMIROFSKY,<br><br>    Counterdefendant. | **Case No.: C 07-2769 JL**<br><br>**DECLARATION OF SETH I. APPEL IN SUPPORT OF BRIEF OF DEFENDANTS AND COUNTERCLAIMANTS CONCERNING ATTORNEY-CLIENT PRIVILEGE AND THE DEPOSITION OF DEBORAH BAILEY-WELLS**<br><br>**Date:** October 31, 2007<br>**Time:** 9:30 a.m.<br><br>**The Honorable James Larson**<br>**Courtroom F, 15th Floor** |

I, Seth I. Appel, declare as follows:

1. I am an attorney at Harvey Siskind LLP, counsel for Seok Kim Kim and STV Asia, Ltd., defendants and counterclaimants in this action. I have personal knowledge of the matters stated herein, and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the Declaration of Frank Nemirofsky in Support of Plaintiff's *Ex Parte* Motion to Extend the Temporary Restraining Order, filed by Mr. Nemirofsky, plaintiff and counterdefendant in this action, on June 22, 2007. This declaration, which was redacted by Mr. Nemirofsky before filing, is included in the Court's electronic docket as No. 33.

3. Attached hereto as Exhibit B is a true and correct copy of a letter I received from Mr. Nemirofsky's attorney, Robyn Callahan, dated September 24, 2007, and listing 19 categories of information about which Mr. Nemirofsky wishes to depose Deborah Bailey-Wells.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 3rd day of October, 2007, in San Francisco, California.

                                                /s/
                                            Seth I. Appel