HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
e-mail: pharvey@harveysiskind.com
SETH I. APPEL (SBN 233421)
e-mail: sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Defendants and Counterclaimants
SEOK KI KIM and STV ASIA, LTD.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FRANK NEMIROFSKY,<br><br>   Plaintiff,<br><br>v.<br><br>SEOK KI KIM; STV ASIA, LTD., a British Virgin Islands corporation; and DOES 1 through 20, inclusive,<br><br>   Defendants. | Case No.: C 07 2769 JL<br><br>**ADMINISTRATIVE MOTION TO FILE COUNTERCLAIMANTS' OPPOSITION TO COUNTERDEFENDANT'S MOTION TO DISMISS UNDER SEAL** |
| SEOK KI KIM and STV ASIA, LTD., a British Virgin Islands corporation,<br><br>   Counterclaimants,<br><br>v.<br><br>FRANK NEMIROFSKY,<br><br>   Counterdefendant. | |

   Defendants and Counterclaimants Seok Ki Kim and STV Asia, Ltd. (collectively, "Counterclaimants") hereby move the Court for an order authorizing the filing of a portion of Counterclaimants' Opposition to Counterdefendant's Motion to Dismiss under seal pursuant to Local Rules 7-11 and 79-5.

-1-

1  The basis of this motion is that the Opposition includes information that is subject to a
2  confidentiality agreement.

## ADMINISTRATIVE MOTION

On March 2, 2006, Defendant and Counterclaimant STV Asia, Ltd. ("STV") entered into an agreement with PRN Corporation ("PRN"). The agreement provides: "The parties agree that the terms of this Agreement will be treated as confidential and maintained in confidence and will not be disclosed to any other person . . . ." The agreement permits disclosure under certain limited circumstances that are not applicable here.

Certain terms of the STV-PRN agreement are relevant to this dispute and are mentioned in Counterclaimants' Opposition to Counterdefendant's Motion to Dismiss. In order to comply with STV's obligations under the STV-PRN agreement, Counterclaimants respectfully request that the Court permit the filing of a portion of their opposition under seal.[1]

## CONCLUSION

For the reasons noted above, the Court should issue an order authorizing the filing of a portion of Counterclaimants' Opposition to Counterdefendant's Motion to Dismiss under seal.

Dated:  October 10, 2007           Respectfully submitted,

                                   HARVEY SISKIND LLP

                                   By: _____/s/_____
                                              Seth I. Appel

                                   Attorneys for Defendants and Counterclaimants
                                   SEOK KI KIM and STV ASIA, LTD.

---

[1] The confidential portions of these documents are highlighted, in accordance with Local Rule 79-5(c).

-2-