| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| | D. PETER HARVEY (SBN 55712) |
| 2 | e-mail: pharvey@harveysiskind.com |
| 3 | SETH I. APPEL (SBN 233421) |
| | e-mail: sappel@harveysiskind.com |
| 4 | Four Embarcadero Center, 39th Floor |
| | San Francisco, California 94111 |
| 5 | Telephone: (415) 354-0100 |
| | Facsimile: (415) 391-7124 |
| 6 | |
| 7 | Attorneys for Defendants and Counterclaimants |
| | SEOK KI KIM and STV ASIA, LTD. |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FRANK NEMIROFSKY, | Case No.: C 07 2769 JL |
| Plaintiff, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE COUNTERCLAIMANTS' OPPOSITION TO COUNTERDEFENDANT'S MOTION TO DISMISS UNDER SEAL** |
| v. | |
| SEOK KI KIM; STV ASIA, LTD., a British Virgin Islands corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |
| SEOK KI KIM and STV ASIA, LTD., a British Virgin Islands corporation, | |
| Counterclaimants, | |
| v. | |
| FRANK NEMIROFSKY, | |
| Counterdefendant. | |

 Seok Ki Kim and STV Asia, Ltd. (collectively, "Counterclaimants") have moved the Court for an order authorizing the filing of a portion of Counterclaimants' Opposition to Counterdefendant's Motion to Dismiss under seal.

-1-

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION    Case No.: C 07 2769 JL
TO FILE OPPOSITION UNDER SEAL

-2-

1  Good cause appearing therefor, it is hereby ordered that Counterclaimants' motion is granted,
2  and that only the redacted version of Counterclaimants' opposition be available to the public

3
4  DATED: _____

                                                            _____
5                                                            United States District Court Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28