1  | HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
2  | e-mail:  pharvey@harveysiskind.com
SETH I. APPEL (SBN 233421)
3  | e-mail:  sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
4  | San Francisco, California  94111
5  | Telephone:  (415) 354-0100
Facsimile:  (415) 391-7124
6  |
7  | Attorneys for Defendants and Counterclaimants
SEOK KI KIM and STV ASIA, LTD.
8  |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FRANK NEMIROFSKY,<br><br>                       Plaintiff,<br><br>          v.<br><br>SEOK KI KIM; STV ASIA, LTD., a British Virgin Islands corporation; and DOES 1 through 20, inclusive,<br><br>                       Defendants. | **Case No.:  C 07 2769 JL**<br><br>**DECLARATION OF SETH I. APPEL IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE COUNTERCLAIMANTS' OPPOSITION TO COUNTERDEFENDANT'S MOTION TO DISMISS UNDER SEAL** |
| SEOK KI KIM and STV ASIA, LTD., a British Virgin Islands corporation,<br><br>                       Counterclaimants,<br><br>          v.<br><br>FRANK NEMIROFSKY,<br><br>                       Counterdefendant. | |

I, Seth I. Appel, declare:

        1.        I am an attorney at the law firm of Harvey Siskind LLP, counsel for Defendants and Counterclaimants Seok Ki Kim and STV Asia, Ltd. (collectively, "Counterclaimants").  I have personal knowledge of the following facts, and could and would testify competently thereto if called upon to do so.

-1-

1    2.    Plaintiff and Counterdefendant Frank Nemirofsky's Motion to Dismiss Defendants'

2    Counterclaim relates to an agreement between Defendant and Counterclaimant STV Asia, Ltd. ("STV")

3    and PRN Corporation ("PRN").  This agreement includes the following provision:  "The parties agree

4    that the terms of this Agreement will be treated as confidential and maintained in confidence and will not

5    be disclosed to any other person . . . . "  STV would be in violation of its obligations under the agreement

6    if Counterclaimants were to file their Opposition to Counterdefendant's Motion to Dismiss without

7    portions shielded from the public.

8    3.    On October 10, 2007, I called Mr. Nemirofsky's counsel, Robyn Callahan, to inquire

9    about stipulating to the filing of a portion of Counterclaimants' Opposition to Counterdefendant's

10    Motion to Dismiss under seal.  Ms. Callahan did not pick up her phone, so I left her a voicemail.  I have

11    not heard back from Ms. Callahan.  However, it is reasonable to assume that Mr. Nemirofsky would

12    agree to the filing of a portion of the Opposition under seal, since throughout this litigation all parties

13    have filed portions of documents relating to the STV-PRN agreement under seal.

14    I declare under penalty of perjury that the foregoing is true and correct, and that this declaration

15    is executed in San Francisco, California on October 10, 2007.

16

17    _____/s/_____

18    SETH I. APPEL

19

20

21

22

23

24

25

26

27

28

-2-