```
 1  HARVEY SISKIND LLP
    D. PETER HARVEY (SBN 55712)
 2  e-mail: pharvey@harveysiskind.com
    SETH I. APPEL (SBN 233421)
 3  e-mail: sappel@harveysiskind.com
    Four Embarcadero Center, 39th Floor
 4  San Francisco, California 94111
 5  Telephone: (415) 354-0100
    Facsimile: (415) 391-7124
 6
 7  Attorneys for Defendants and Counterclaimants
    SEOK KI KIM and STV ASIA, LTD.
 8
```

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK NEMIROFSKY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEOK KI KIM; STV ASIA, LTD., a British Virgin Islands corporation; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants.<br><br>SEOK KI KIM and STV ASIA, LTD., a British Virgin Islands corporation,<br><br>　　　　Counterclaimants,<br><br>　　v.<br><br>FRANK NEMIROFSKY,<br><br>　　　　Counterdefendant. | Case No.: **C 07 2769 JL**<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

The undersigned declares: I am a resident of the United States and am employed in the City and County of San Francisco, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 4 Embarcadero Center, 39th Floor, San Francisco, CA 94111.

On the date stated below, I served the following documents:

- **COUNTERCLAIMANTS' OPPOSITION TO COUNTERDEFENDANT'S MOTION TO DISMISS [UNREDACTED – FILED UNDER SEAL]**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

Jonathan M. Cohen, Esq.
Robyn T. Callahan, Esq.
Winston & Strawn LLP
101 California Street
San Francisco, Ca 94111-5894

__X__ **MAIL:** I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

_____ **FEDERAL EXPRESS – OVERNIGHT DELIVERY:** I caused such envelope to be deposited with the Federal Express Office prior to the cut-off time for next day delivery with a shipping label properly filled out with delivery to be made to the addressee designated.

_____ **HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

_____ **VIA FAX:** The facsimile machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

__X__ **(FEDERAL):** I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

_____ **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 10, 2007 at San Francisco, California.

_____
Cynthia R. Lee