Jonathan M. Cohen (SBN: 168207)
Martin Sabelli (SBN 164772)
Robyn T. Callahan (SBN: 225472)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:  415-591-1000
Facsimile:  415-591-1400
Email: jcohen@winston.com
rcallahan@winston.com

Attorneys for Plaintiff
FRANK NEMIROFSKY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK NEMIROFSKY,<br><br>    Plaintiff,<br><br>vs.<br><br>SEOK KI KIM; STV ASIA, LTD. a British Virgin Islands corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | **Case No. 3:07-CV-02769 – JL**<br>**Hon. Magistrate James Larson**<br><br>**DECLARATION OF ROBYN T. CALLAHAN IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANTS' BRIEF REGARDING THE ATTORNEY-CLIENT PRIVILEGE AND THE DEPOSITION OF D. BAILEY-WELLS** |

I, Robyn T. Callahan, declare as follows:

1.     I am a duly licensed attorney at law, authorized to practice before the Courts of the State of California as well as the Federal District Court for the Northern District of California. I am an associate of the law firm Winston & Strawn LLP. I make this declaration in support of Plaintiff's Reply to Defendants' Brief regarding the attorney-client privilege and the deposition of Deborah Bailey-Wells. I have personal knowledge of the facts set forth herein and could and would competently testify thereto.

/ / /

/ / /

2.     On September 26, 2007, Defendants' counsel, Peter Harvey and Seth Appel, participated in a final meet and confer telephone conference with Plaintiff's counsel, Martin Sabelli and I. As of the date of this last telephone conference, Defendants' counsel conceded that among the permissible areas of inquiry for the deposition of Ms. Bailey-Wells was testimony as to Mr. Nemirofsky's roles and responsibilities in the PRN Litigation.

3.     During the September 26, 2007 telephone conference, we specifically discussed the fact that because Defendants had raised the affirmative defenses that Mr. Nemirofsky allegedly did not perform under the agreement, Defendants had put these areas at issue making them relevant subject matters for testimony by Ms. Bailey-Wells. In fact, Defendants' meet and confer letter, attached as Exhibit B to my declaration filed on October 3, 2007, noted Defendants' agreement to allowing testimony as to Mr. Nemirofsky's roles and responsibilities in the PRN Litigation.

4.     Attached hereto as Exhibit A is a true and correct copy of Defendant Seok Ki Kim's May 15, 2006 email correspondence to Plaintiff Frank Nemirofsky to which was attached the blank board resolution and acceptance of appointment forms regarding the appointment of Mr. Nemirofsky as a director of STV Asia. These documents were previously produced to Defendants as part of Plaintiff's initial disclosures.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 10th day of October 2007 at San Francisco, California.

                                       /s/
                           ROBYN T. CALLAHAN

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

2
DECLARATION OF ROBYN T. CALLAHAN IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANTS' BRIEF REGARDING THE DEPOSITION OF D. BAILEY-WELLS

Case No. 3:07-CV-02769 – JL

SF:185863.3