

EXHIBIT A

**From:** S.K.Kim
**Sent:** Monday, May 15, 2006 06:43 AM
**To:** Frank Nemirofsky
**Subject:** STV Asia Directorship
**Attachments:** Acceptance of Appointment.PDF; Written Resolutions of Directors.PDF

Dear Frank,

I hope this mail finds you and your family very well.  Attached pls find two forms that you should sign to effect your directorship on the Board of STV Asia Ltd. effective July 1, 2005.  Pls sign them and send scanned copies back to me with original to be handed over to me next time we meet.  Thanks _best regards,

SK

ACCEPTANCE OF APPOINTMENT

To the Board of Directors

Name of Company:     **STV ASIA LIMITED**

Dear Sirs,

I hereby give my consent to act as Director of your Company as from 1st July, 2005.

Yours faithfully,

Frank NEMIROFSKY

Particulars

Name         :   **FRANK NEMIROFSKY**

Address      :   71 Janis Court,
                 Alamo CA. 94507,
                 U.S.A.

Passport No. :   0575897973 (U.S.A.)

I.B.C. No.77582

## STV ASIA LIMITED
(Incorporated in British Virgin Islands)

### Written Resolutions of the Directors of the Company

Pursuant to the authority given by the Company's Articles of the Association, the undersigned, being the Director of the Company for the time being, passed the following Resolution:-

### Appointment of Director

Noted that Mr. **Frank NEMIROFSKY** be appointed as Director of the Company be hereby accepted and approved with immediate effect.

Dated the 1st day of July, 2005.


| | |
|---|---|
| KIM, Seok Ki | Frank NEMIROFSKY |
| (Existing Director) | (New Director) |