UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEMIROFSKY

       Plaintiff(s),                                  No.C07-2769 JL

  v.                                             **NOTICE OF CONTINUANCE**

KIM

       Defendant(s).

_____/

    Plaintiff's motion to dismiss counterclaim in the above entitled case is hereby continued (from October 31, 2007) to November 14, 2007 @ 9:30 a.m. in Courtroom F before Chief Magistrate Judge James Larson. The discovery dispute in docket entry #96 is submitted without hearing. Counsel shall maintain the original briefing schedule.

Dated: October 11, 2007

_____
Wings Hom Courtroom Deputy to
Chief United States Magistrate Judge
James Larson

Blank.frm                         1