UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANK NEMIROFSKY

       Plaintiff(s),                              No. 07-0279 JL

   v.                                      NOTICE OF CONTINUANCE

SEOK KIM

       Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on motion to dismiss counterclaim on November 14, 2007 has been continued to January 9, 2008 @ 9:30 a.m. in Courtroom F before Magistrate Judge James Larson.

Dated: November 2, 2007

*Wings Hom*
_____
Wings Hom, Courtroom Deputy to
U.S. Magistrate Judge James Larson

Hearing.Not                                          1