Jonathan M. Cohen (SBN: 168207)
Martin Sabelli (SBN: 164772
Robyn T. Callahan (SBN: 225472)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400

Attorneys for Plaintiff/Counterdefendant
FRANK NEMIROFSKY

D. Peter Harvey (SBN: 55712)
Seth I. Appel (SBN: 233421)
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Fl.
San Francisco, CA 94111
Telephone:    415-354-0100
Facsimile:    415-391-7124

Attorneys for Defendants/Counterclaimants
SEOK KI KIM and STV ASIA, LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK NEMIROFSKY,<br><br>             Plaintiff,<br><br>     v.<br><br>SEOK KI KIM; STV ASIA, LTD., a British Virgin Islands corporation; and DOES 1 through 20, inclusive,<br><br>             Defendants.<br><hr>SEOK KI KIM and STV ASIA, LTD., a British Virgin Islands corporation,<br><br>             Counterclaimants,<br><br>     v.<br><br>FRANK NEMIROFSKY,<br><br>             Counterdefendant. | Case No.:  C 07 2769 JL<br><br>**STIPULATION REGARDING SELECTION OF MEDIATOR AND DATE OF MEDIATION** |

1

STIPULATION REGARDING SELECTION OF MEDIATOR AND DATE OF MEDIATION

The parties in the above-referenced matter, Plaintiff/Counterdefendant FRANK NEMIROFSKY, and Defendants/Counterclaimants STV ASIA LTD. and SEOK KI KIM, do hereby stipulate by and through their attorneys of record herein to the following:

1. To mediate the above-referenced case through the Alternative Dispute Resolution Office with a mediator from the court's panel;

2. From the court's panel, the parties have selected and agreed upon Martin Quinn, located at Two Embarcadero Center, Suite 1500, San Francisco, California 94111; (415) 774-2669; and

3. The parties and their attorneys are available for mediation on December 20, 2007.

Dated: November 7, 2007      WINSTON & STRAWN LLP

By: _____
Jonathan M. Cohen
Martin Sabelli
Robyn T. Callahan
Attorneys for
Plaintiff/Counterdefendant
FRANK NEMIROFSKY

Dated: November 7, 2007      HARVEY SISKIND LLP

By: _____
D. Peter Harvey
Seth I. Appel
Attorneys For
Defendants/Counterclaimants
SEOK KI KIM and STV ASIA, LTD.

2
STIPULATION REGARDING SELECTION OF MEDIATOR AND DATE OF MEDIATION