1  HARVEY SISKIND LLP
   D. PETER HARVEY (SBN 55712)
2  e-mail: pharvey@harveysiskind.com
   SETH I. APPEL (SBN 233421)
3  e-mail: sappel@harveysiskind.com
   Four Embarcadero Center, 39th Floor
4  San Francisco, California 94111
5  Telephone: (415) 354-0100
   Facsimile: (415) 391-7124
6
7  Attorneys for Defendants and Counterclaimants
   SEOK KI KIM and STV ASIA, LTD.
8

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FRANK NEMIROFSKY,<br><br>           Plaintiff,<br><br>     v.<br><br>SEOK KI KIM; STV ASIA, LTD., a British Virgin Islands corporation; and DOES 1 through 20, inclusive,<br><br>           Defendants.<br><br>SEOK KI KIM and STV ASIA, LTD., a British Virgin Islands corporation,<br><br>           Counterclaimants,<br><br>     v.<br><br>FRANK NEMIROFSKY,<br><br>           Counterdefendant. | Case No.: C 07 2769 JL<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING HEARING ON MOTION TO DISMISS COUNTERCLAIM**<br><br>Date: January 9, 2008<br>Time: 9:30 a.m.<br>Courtroom F, 15th Floor<br>The Honorable James Larson |

STIPULATION AND [PROPOSED] ORDER RESETTING HEARING                    Case No.: C 07 2769 JL
ON MOTION TO DISMISS COUNTERCLAIM

Plaintiff and Counterdefendant Frank Nemirofsky ("Plaintiff") and Defendants and Counterclaimaints Seok Ki Kim and STV Asia, Ltd. ("Defendants") hereby stipulate, through their respective counsel, that the hearing on Plaintiff's Motion to Dismiss Counterclaim herein, presently set for 9:30 a.m. on Wednesday, January 9, 2008, shall be reset for hearing at 9:30 a.m. on Wednesday, January 23, 2008.

Dated: November __, 2007

WINSTON & STRAWN LLP
JONATHAN M. COHEN
ROBYN T. CALLAHAN

By:  /s/
Robyn T. Callahan
Attorneys for Plaintiff and Counterdefendant

Dated: November 19, 2007

HARVEY SISKIND LLP
D. PETER HARVEY
SETH I. APPEL

By:  /s/
D. Peter Harvey
Attorneys for Defendants and Counterclaimant

Pursuant to stipulation, **IT IS SO ORDERED** this ____ day of _____, 2007.

_____
Chief Magistrate Judge James Larson
United States District Court

STIPULATON AND [PROPOSED] ORDER RESETTING HEARING ON MOTION TO DISMISS COUNTERCLAIM    Case No.: C 07 2769 JL