1  HARVEY SISKIND LLP
   D. PETER HARVEY (SBN 55712)
2  e-mail: pharvey@harveysiskind.com
   SETH I. APPEL (SBN 233421)
3  e-mail: sappel@harveysiskind.com
   Four Embarcadero Center, 39th Floor
4  San Francisco, California 94111
5  Telephone: (415) 354-0100
   Facsimile: (415) 391-7124
6
7  Attorneys for Defendants and Counterclaimants
   SEOK KI KIM and STV ASIA, LTD.
8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK NEMIROFSKY,<br><br>        Plaintiff,<br><br>    v.<br><br>SEOK KI KIM; STV ASIA, LTD., a British Virgin Islands corporation; and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No.: C 07 2769 JL<br><br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING HEARING ON MOTION TO DISMISS COUNTERCLAIM**<br><br>Date: January 9, 2008<br>Time: 9:30 a.m.<br>Courtroom F, 15th Floor<br>The Honorable James Larson |
| SEOK KI KIM and STV ASIA, LTD., a British Virgin Islands corporation,<br><br>        Counterclaimants,<br><br>    v.<br><br>FRANK NEMIROFSKY,<br><br>        Counterdefendant. | |

STIPULATION AND [PROPOSED] ORDER RESETTING HEARING         Case No.: C 07 2769 JL
ON MOTION TO DISMISS COUNTERCLAIM

1   Plaintiff and Counterdefendant Frank Nemirofsky ("Plaintiff") and Defendants and
2   Counterclaimaints Seok Ki Kim and STV Asia, Ltd. ("Defendants") hereby stipulate, through their
3   respective counsel, that the hearing on Plaintiff's Motion to Dismiss Counterclaim herein, presently set
4   for 9:30 a.m. on Wednesday, January 9, 2008, shall be reset for hearing at 9:30 a.m. on Wednesday,
5   January 23, 2008.

6   Dated: November __, 2007        WINSTON & STRAWN LLP
                                     JONATHAN M. COHEN
7                                    ROBYN T. CALLAHAN

9                                    By:    /s/
10                                          Robyn T. Callahan
                                            Attorneys for Plaintiff and Counterdefendant

12  Dated: November 19, 2007        HARVEY SISKIND LLP
                                     D. PETER HARVEY
13                                   SETH I. APPEL

15                                   By:    /s/
16                                          D. Peter Harvey
                                            Attorneys for Defendants and Counterclaimant

19  Pursuant to stipulation, **IT IS SO ORDERED** this  20  day of  November , 2007.

                                     _____
21                                   Chief Magistrate Judge James Larson
                                         United States District Court

-1-

28  STIPULATON AND [PROPOSED] ORDER  RESETTING HEARING         Case No.: C 07 2769 JL
    ON MOTION TO DISMISS COUNTERCLAIM