# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Nemirofsky,<br><br>            Plaintiff(s),<br><br>   v.<br><br>Kim,<br><br>            Defendant(s). | 07-02769 JL MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Beth H. Parker**
Bingham McCutchen LLP
3 Embarcadero Center, 24th FL.
San Francisco, CA 94111
415-393-2556

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-02769 JL MED                - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: December 5, 2007

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-02769 JL MED                - 2 -