## CIVIL MINUTES

**Magistrate Judge James Larson**          **Belle Ball - Court Reporter**
                                            **9:46-10:00 (14 min)**

Date: **January 23, 2008**

Case No: **C07- 2769 JL**

Case Name: **Frank Nemirofsky v. Seok Kim**

Plaintiff Attorney(s): Robyn Callaghan
Defendant Attorney(s): Peter Harvey

Deputy Clerk: **Wings Hom**

**Motion(s):**                             **RULING:**
1. Pltf's mo to dismiss counterclaim        Submitted
2.
3.
4.
[]Case Management Conference [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:**
**Order to be prepared by:** [ ] Plntf  [ ] Deft  [x]  Court
**Case continued to: Court to set fur CMC in order.**

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at , set for  days.
        [ ] Jury  [ ]  Court

Notes:

cc: Venice, Kathleen ,