1 | HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
2 | e-mail:  pharvey@harveysiskind.com
SETH I. APPEL (SBN 233421)
3 | e-mail:  sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
4 | San Francisco, California  94111
5 | Telephone:  (415) 354-0100
Facsimile:  (415) 391-7124
6 |
7 | Attorneys for Defendants and Counterclaimants
SEOK KI KIM and STV ASIA, LTD.
8 |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FRANK NEMIROFSKY, | **Case No.:  C 07 2769 JL** |
| Plaintiff, | **[~~PROPOSED~~] ORDER GRANTING** |
| v. | **ADMINISTRATIVE MOTION TO FILE** |
| | **OPPOSITION TO PLAINTIFF'S *EX PARTE*** |
| SEOK KI KIM; STV ASIA, LTD., a British Virgin Islands corporation; and DOES 1 through 20, inclusive, | **MOTION TO EXTEND THE TEMPORARY PROTECTIVE ORDER UNDER SEAL** |
| Defendants. | |
| SEOK KI KIM and STV ASIA, LTD., a British Virgin Islands corporation, | |
| Counterclaimants, | |
| v. | |
| FRANK NEMIROFSKY, | |
| Counterdefendant. | |

Seok Ki Kim and STV Asia, LTD. (collectively, "Defendants") have moved the Court for an order authorizing the filing of a portion of Defendants' Opposition to Plaintiff's *Ex Parte* Motion to Extend the Temporary Protective Order under seal.

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION          Case No.: C 07 2769 JL
TO FILE OPPOSITION UNDER SEAL

1    Good cause appearing therefore, it is hereby ordered that Defendants' motion is granted, and that

2   only the redacted version of Defendants' opposition be available to the public

3
    DATED:    July 11, 2007
4
    _____
5                                                       United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-