Jonathan M. Cohen (SBN: 168207)
Martin Sabelli (SBN: 164772)
Robyn T. Callahan (SBN: 225472)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: jcohen@winston.com
rcallahan@winston.com

Attorneys for Plaintiff
FRANK NEMIROFSKY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK NEMIROFSKY,<br><br>Plaintiff,<br><br>vs.<br><br>SEOK KI KIM; STV ASIA, LTD. a British Virgin Islands corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:07-CV-02769 – JL<br>Hon. Magistrate James Larson<br><br>DENYING [PROPOSED] ORDER ~~GRANTING~~ PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME REGARDING PLAINTIFF'S MOTION FOR LEAVE OF COURT FOR EARLY DISCOVERY |

1

Having reviewed Plaintiff's Ex Parte Application for an Order Shortening Time Regarding Plaintiff's Motion for Leave of Court for Early Discovery, the Court rules as follows:

IT IS HEREBY ORDERED:

Plaintiff has established good cause for bringing his Motion for Leave of Court for Early Discovery on an ex parte basis. Plaintiff's Ex Parte Application for an Order Shortening Time is DENIED ~~granted~~.

IT IS SO ORDERED.

Dated: _____July 11, 2007_____    _____
HON. MAGISTRATE JAMES LARSON



DENIED — Judge James Larson — United States District Court, Northern District of California

SF:177038.1

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR OST RE: EARLY DISCOVERY
CASE NO. 3:07-CV-02769 JL