1  HARVEY SISKIND LLP
   D. PETER HARVEY (SBN 55712)
2  e-mail: pharvey@harveysiskind.com
   SETH I. APPEL (SBN 233421)
3  e-mail: sappel@harveysiskind.com
   Four Embarcadero Center, 39th Floor
4  San Francisco, California 94111
5  Telephone: (415) 354-0100
   Facsimile: (415) 391-7124
6
7  Attorneys for Defendants and Counterclaimants
   SEOK KI KIM and STV ASIA, LTD.
8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO DIVISION
11

| FRANK NEMIROFSKY, | Case No.: C 07 2769 JL |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER ~~GRANTING~~ DENYING ADMINISTRATIVE MOTION TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE OF COURT FOR EARLY DISCOVERY UNDER SEAL |
| v. | |
| SEOK KI KIM; STV ASIA, LTD., a British Virgin Islands corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |
| SEOK KI KIM and STV ASIA, LTD., a British Virgin Islands corporation, | |
| Counterclaimants, | |
| v. | |
| FRANK NEMIROFSKY, | |
| Counterdefendant. | |

   Seok Ki Kim and STV Asia, LTD. (collectively, "Defendants") have moved the Court for an order authorizing the filing of a portion of Defendants' Opposition to Plaintiff's *Ex Parte* Motion to for Leave of Court for Early Discovery under seal. Plaintiff Frank Nemirofsky has agreed to the filing of portions of this document under seal.

1 |     Good cause appearing therefore, it is hereby ordered that Defendants' motion is ~~granted~~ denied, and that
2 | only the redacted version of Defendants' opposition be available to the public

DATED: _____July 11, 2007_____

_____
United States District Court Judge

**DENIED**
Judge James Larson

-2-

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE      Case No.: C 07 2769 JL
DEFENDANTS' OPPOSITION TO PLAINTIFF'S *EX PARTE* MOTION UNDER SEAL