# UNITED STATES DISTRICT COURT

## Northern District of California

Nemirofsky,

        Plaintiff(s),

  v.

Kim,

        Defendant(s).

No. C 07-02769 JL MED

**Certification of ADR Session**

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) ___Jan. 28, 2008___

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO

Dated: ___2/1/08___

Mediator, Beth H. Parker
Bingham McCutchen LLP
3 Embarcadero Center, 24th FL.
San Francisco, CA 94111

**Certification of ADR Session**
07-02769 JL MED