**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK NEMIROFSKY, | No. C 07-2769 JL |
| Plaintiff, | **BRIEFING ORDER** |
| v. | |
| SEOK KI KIM, | |
| Defendant. | |
| _____/ | |

On Plaintiff Nemirofsky's 's motion to dismiss Defendant Seok Ki Kim's counterclaim for abuse of process (Docket # 85), Plaintiff for the first time in his Reply brief raised the issue of the litigation privilege as an affirmative defense to this counterclaim. The Court hereby grants to Kim an opportunity to respond, within twenty days of the issuance of this Order.

The Court is particularly interested in the following cases: *Rusheen v. Cohen*, 37 Cal.4th 1048 (2006); *Brown v. Kennard*, 94 Cal. App. 4th 40 (2001); *Profile Structures, Inc. v. Long Beach Bldg. Material Co.*, 181 Cal. App. 3d 437 (1986), and the following questions: (1) what, if any, non-litigation alternatives to the Abuse of Process claim were available to Kim to address the allegedly excessive TPO, and (2) whether Nemirofsky has

waived the affirmative defense of the litigation privilege as provided by Rule 8(c), Federal Rules of Civil Procedure by not raising the issue in his 12(f) motion but only in his Reply?

Nemirofsky may respond within fourteen days of service of Kim's response and the matter will be deemed submitted at that time. The parties should limit their briefs to no more than fifteen pages.

IT IS SO ORDERED.

DATED: February 21, 2008

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\07-2769\Order-briefing99.wpd