UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK NEMIROFSKY, | No. C 07-2769 JL |
| Plaintiff, | **ORDER GRANTING MOTION TO SEAL DOCUMENT (Docket # 102)** |
| v. | |
| SEOK KI KIM, | |
| Defendant. | |

The Court hereby grants Defendants' motion to seal document.

IT IS SO ORDERED.

DATED: August 7, 2008

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\07-2769\Order grant 102.wpd

G:\JLALL\CHAMBERS\CASES\CIVIL\07-2769\Order grant 102.wpd1