HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
e-mail: pharvey@harveysiskind.com
SETH I. APPEL (SBN 233421)
e-mail: sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Defendants and Counterclaimants
SEOK KI KIM and STV ASIA, LTD.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FRANK NEMIROFSKY, <br><br>             Plaintiff, <br><br>     v. <br><br> SEOK KI KIM; STV ASIA, LTD., a British Virgin Islands corporation; and DOES 1 through 20, inclusive, <br><br>             Defendants. | Case No.: C 07 2769 JL <br><br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING WAIVER OF JURY TRIAL** |
| SEOK KI KIM and STV ASIA, LTD., a British Virgin Islands corporation, <br><br>             Counterclaimants, <br><br>     v. <br><br> FRANK NEMIROFSKY, <br><br>             Counterdefendant. | |

STIPULATION AND [PROPOSED] ORDER REGARDING WAIVER OF JURY TRIAL

Case No. C 07-2769 JL

| | |
|---|---|
| 1 | The parties hereto, through their respective counsel, acknowledge and agree that, neither party having timely demanded a jury herein, jury trial is accordingly waived, and trial shall be to the Court. |

Dated: December 2, 2008

WINSTON & STRAWN LLP
JONATHAN M. COHEN
ROBYN CALLAHAN

By: _____

Attorneys for Plaintiff and Counterdefendant,
FRANK NEMIROFSKY

Dated: December 2, 2008

HARVEY SISKIND LLP'
D. PETER HARVEY
SETH I. APPEL

By: _____

Attorneys for Defendants and Counterclaimants,
SEOK KI KIM and STV ASIA, LTD.

**IT IS SO ORDERED** this 22 day of December, 2008.

_____
Chief Magistrate Judge James Larson
United States District Court