1   HARVEY SISKIND LLP
    D. PETER HARVEY (SBN 55712)
2   e-mail:  pharvey@harveysiskind.com
    SETH I. APPEL (SBN 233421)
3   e-mail:  sappel@harveysiskind.com
    Four Embarcadero Center, 39th Floor
4   San Francisco, California  94111
5   Telephone:  (415) 354-0100
    Facsimile:  (415) 391-7124
6

7   Attorneys for Defendants and Counterclaimants
    SEOK KI KIM and STV ASIA, LTD.
8

9                 IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12
    FRANK NEMIROFSKY,                       **Case No.:  C 07-2769 JL**
13
                    Plaintiff,
14                                          **STIPULATION AND [PROPOSED] ORDER
                                            REGARDING SETTLEMENT**
         v.                                 **CONFERENCE AND CONTINUANCE OF
15                                          PRETRIAL AND TRIAL DATES**
    SEOK KI KIM; STV ASIA, LTD., a British
16  Virgin Islands corporation; and DOES 1
    through 20, inclusive,
17
                    Defendants.
18
    SEOK KI KIM and STV ASIA, LTD., a
19  British Virgin Islands corporation,

20                  Counterclaimants,

21       v.

22  FRANK NEMIROFSKY,

23                  Counterdefendant.

24

25

26       *Whereas*, pursuant to the Court's pretrial order, the parties have been diligently seeking to obtain

27  a date on which they could attend a settlement conference before Judge Spero; and

28
    ────────────────────────────────────────────────
    STIPULATION AND [PROPOSED] ORDER REGARDING                    Case No. C 07-2769 JL
    SETTLEMENT CONFERENCE AND CONTINUANCE OF PRETRIAL AND TRIAL DATES

1    *Whereas*, the parties' efforts have been hampered by two principal factors, first, plaintiff's

2    counsel's understandable unavailability by reason of a trial in another case through the month of

3    December and, second, defendant Seok Ki Kim's residence in Hong Kong as well as active business

4    obligations in Asia and Europe; and

5    *Whereas*, the parties have discussed if the Court is amenable and available that a two or three

6    week continuance, but not longer, of pre-trial and trial dates may assist in resolution of the case by

7    avoiding additional attorneys' fees being incurred; and

8    *Whereas* the parties have agreed upon a settlement conference procedure, and new proposed

9    pretrial and trial dates, subject to the Court's calendar, to accommodate that proposed procedure.

10    Now, therefore, the parties, through their respective counsel, stipulate as follows:

11    1.    The parties will propose to attend a settlement conference before Magistrate Judge Joseph

12    Spero on January 26 or 28, at Judge Spero's option.  Plaintiff and his counsel, and

13    defendants' counsel, will appear in person; defendants will make themselves available,

14    via telephone.

15    2.    Should the matter not settle at the January session, the parties have agreed to conduct a

16    second session before Magistrate Judge Spero on February 11 or 12, again at Judge

17    Spero's option, with all parties and counsel appearing in person.

18    3.    To accommodate this extended settlement schedule, and upon the Court's approval and

19    availability, the parties would like to postpone the upcoming pretrial dates, and the trial

20    date, by two to three weeks, with a two-day Court trial to commence no later than the

21    week of Monday, March 30.

22

23    Dated: January 16, 2009                      WINSTON & STRAWN LLP
                                                   JONATHAN M. COHEN
                                                   ROBYN CALLAHAN

24

25                                                 By:    _____/s/_____
                                                          Jonathan M. Cohen

26

27                                                 Attorneys for Plaintiff and Counterdefendant,
                                                   FRANK NEMIROFSKY

28

-2-

STIPULATION AND [PROPOSED] ORDER REGARDING                    Case No. C 07-2769 JL
SETTLEMENT CONFERENCE AND CONTINUANCE OF PRETRIAL AND TRIAL DATES

1 | Dated:  January 16, 2009                        HARVEY SISKIND LLP
2 |                                                  D. PETER HARVEY
  |                                                  SETH I. APPEL
3 |
4 |                                                  By:  _____/s/_____
5 |                                                          D. Peter Harvey
6 |                                                  Attorneys for Defendants and Counterclaimants,
  |                                                  SEOK KI KIM and STV ASIA, LTD.
7 |
8 |
9 |        I hereby attest that I have written agreement for any signatures indicated by a "conformed"
10 | signature (/S/) within this efiled document.
11 |
12 |                                                  By:  _____/s/_____
  |                                                          D. Peter Harvey
13 |
14 |
15 |        **IT IS ORDERED** that
16 |        1) The settlement conference in this matter will be heard as proposed by the parties on
17 | January _28_, 2009 and February _11_, 2009.
18 |        2) The trial will be reset for March _30_, 2009.  The pre-trial conference will be reset for
   | March 18, 2009 at 11:00 a.m.
19 | ~~February ___, 2009~~.  All pre-trial filings will be due on February _18_, 2009.
20 |
21 |
22 |                                   _____
   |                                   Chief Magistrate Judge James Larson
23 |                                        United States District Court
24 |
25 |
26 |
27 |
28 |
                                              -3-
STIPULATION AND [PROPOSED] ORDER REGARDING                     Case No. C 07-2769 JL
SETTLEMENT CONFERENCE AND CONTINUANCE OF PRETRIAL AND TRIAL DATES