RICHARD T. BOWLES (#46234)
DAVID W. TROTTER (# 97121)
WILLIAM T. NAGLE (# 180162)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: rbowles@bowlesverna.com
 dtrotter@bowlesverna.com
 wnagle@bowlesverna.com

Previous Attorneys of Record for Plaintiff
FRANK NEMIROFSKY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK NEMIROFSKY,<br><br>Plaintiff,<br><br>v.<br><br>SEOK KI KIM; STV ASIA, Ltd., a British Virgin Islands corporation; and DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No.: C 07 2769 JL<br><br>**ORDER FOR DISBURSEMENT** |
| AND RELATED CROSS-ACTIONS. | |

GOOD CAUSE APPEARING:

This Order governs disbursement of $500,000 on deposit with the Financial Department of the Clerk's Office in Case No. C 07 2769 JL. Two checks are to be issued. One check shall be issued to Bowles & Verna LLP in the amount of $31,000 and sent via first class mail to:

> Richard T. Bowles
> Bowles & Verna LLP
> 2121 N. California Boulevard, Suite 875
> Walnut Creek, California 94596

-1-

**ORDER FOR DISBURSEMENT**

The other check shall be issued to Frank Nemirofsky for the remaining amount of funds on deposit - $469,000 plus any interest that accrued - and sent via first class mail to:

    Frank Nemirofsky
    71 Janis Court
    Alamo, California 94507

IT IS SO ORDERED.

Dated: June 23, 2009

                Judge James Larson

**ORDER FOR DISBURSEMENT**

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596